UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH P. LASALA. et al. | Civil No. 09-968 |
| vs. | Order of Reassignment and reallocation |
| MARFIN POPULAR BANK PUBLIC COMPANY, LTD. | |

It is on this   11th   day of March, 2009

O R D E R E D  that the entitled action is reassigned from

JUDGE JOSE L. LINARES  to JUDGE JOEL A. PISANO and

reallocated from NEWARK to TRENTON.

S/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT