**GREENBERG TRAURIG, LLP**
Hal M. Hirsch (HH 0417)
David Jay (DJ 7221)
200 Park Avenue
Florham Park, New Jersey 07932
Phone: (973) 360-7900
Fax:    (973) 301-8410

*Attorneys for Joseph P. LaSala and Fred S. Zeidman,*
*as Co-Trustees of the AremisSoft Liquidating Trust, Plaintiffs*

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH P. LASALA and FRED S. ZEIDMAN, as CO-TRUSTEES of the AREMISSOFT CORPORATION LIQUIDATING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>MARFIN POPULAR BANK PUBLIC COMPANY, LTD.,<br><br>Defendant. | Civil Action No.<br>09-CV-00968 (JAP)<br><br>**NOTICE OF MOTION OF JOSEPH P. LASALA AND FRED S. ZEIDMAN, AS CO-TRUSTEES OF THE AREMISSOFT CORPORATION LIQUIDATING TRUST, FOR ORDER REQUIRING DEFENDANT TO RETAIN AND PRESERVE DOCUMENTS, RECORDS AND DATA**<br><br>**Returnable: Monday, June 15, 2009** |

PLEASE TAKE NOTICE that on Monday, June 15, 2009, at 11:00 a.m., or as soon thereafter as counsel may be heard, Joseph P. LaSala and Fred S. Zeidman, as co-Trustees of the AremisSoft Corporation Liquidating Trust (the "Trust"), by

NY 239,571,175v1

and through the undersigned counsel, Greenberg Traurig, LLP, shall move before the Honorable Douglas E. Arpert, Magistrate Judge, United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 2020, Trenton, New Jersey, for entry of an Order requiring Defendant to retain and preserve documents, records and data, and for such other and further relief as the Court deems to be just.

PLEASE TAKE FURTHER NOTICE that in support of its motion, the movants will rely upon the Declaration of Hal M. Hirsch and the respective exhibits attached thereto, and the accompanying Memorandum of Law In Support of Motion For An Order Requiring Defendant To Retain and Preserve Documents, Records and Data, submitted herewith.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Dated:   New York, New York
         May 21, 2009

GREENBERG TRAURIG, LLP

By: ___/s/ David Jay_____
    Hal M. Hirsch (HH 0417)
    David Jay (DJ 7221)
200 Park Avenue
Florham Park, New Jersey 07932
(973) 360-7900

*Attorneys for the AremisSoft Liquidating Trust*

TO:   Todd S. Fishman, Esq.
      Allen & Overy LLP
      *Attorneys for Defendant*
        *Marfin Popular Bank Public Company Ltd.*
      1221 Avenue of the Americas
      New York, New York 10020