**GREENBERG TRAURIG, LLP**
Hal M. Hirsch (HH 0417)
David Jay (DJ 7221)
200 Park Avenue
Florham Park, New Jersey 07932
Phone: (973) 360-7900
Fax:     (973) 301-8410

*Attorneys for Joseph P. LaSala and Fred S. Zeidman,*
*as Co-Trustees of the AremisSoft Liquidating Trust, Plaintiffs*

### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH P. LASALA and FRED S. ZEIDMAN, as CO-TRUSTEES of the AREMISSOFT CORPORATION LIQUIDATING TRUST,<br><br>            Plaintiffs,<br><br>v.<br><br>MARFIN POPULAR BANK PUBLIC COMPANY, LTD.,<br><br>            Defendant. | Civil Action No.<br>09-CV-00968 (JAP) |

### ORDER DIRECTING DEFENDANT MARFIN
### POPULAR BANK PUBLIC COMPANY LTD. TO
### <u>RETAIN AND PRESERVE DOCUMENTS, RECORDS AND DATA</u>

*NY 239,571,280v1*

Upon the Motion For An Order Requiring Defendant To Retain and Preserve Documents, Records and Data ("Retention and Preservation Motion") by Joseph P. LaSala and Fred S. Zeidman as co-trustees (the "Trustees") of the AremisSoft Corporation Liquidating Trust (the "Trust"); and having considered the Retention and Preservation Motion, the supporting Certification of Hal M. Hirsch and the respective exhibits attached thereto, and the accompanying Memorandum of Law In Support of Motion For An Order Requiring Defendant To Retain and Preserve Documents, Records and Data; and upon the record of the captioned case; and upon the proceedings previously had herein; and good and sufficient cause appearing, it is:

ORDERED that Defendant Marfin Popular Bank Public Company Ltd. ("Marfin") is directed to preserve documents and data relevant to AremisSoft Corporation and its affiliates, Aremis Holdings Ltd., Lycourgos Kyprianou, Roys Poyiadjis and their affiliated entities; and it is further

ORDERED that Marfin is directed to transfer all such documents and data to its United States counsel, Todd S. Fishman, Esq., of Allen & Overy LLP, to be held until the discovery phase of this case; and it is further

ORDERED that the Trust shall cause a copy of this Order to be served by hand-delivery and electronic mail upon Todd S. Fishman, Esq., Allen & Overy LLP, 1221 Avenue of the Americas, New York, New York 10020, and that such

NY 239,571,280v1

3

notice and service as set forth herein shall be good and sufficient considering all the circumstances.

Dated:   Trenton, New Jersey
                    _____, 2009

                                        By:_____
                                            DOUGLAS E. ARPERT
                                            MAGISTRATE JUDGE