UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------x
:
JOSEPH P. LASALA and
FRED S. ZEIDMAN, as CO-TRUSTEES     :     No. 09-CV-00986 (JAP)
of the AREMISSOFT CORPORATION
LIQUIDATING TRUST,                   :

               Plaintiffs,         :

               v.                        :     **CERTIFICATION OF
                                              TODD S. FISHMAN**

MARFIN POPULAR BANK PUBLIC           :
COMPANY, LTD.,                              Electronically Filed
                               :
             Defendant.
                               :
---------------------------------------------------x

Todd S. Fishman, certifies under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am an attorney admitted to practice before this Court and a partner with Allen & Overy LLP, counsel for defendant Marfin Popular Bank Public Co Ltd (the "Bank") in this action. I make this certification in opposition to plaintiffs' motion for an order requiring the Bank to retain and preserve documents, records and data.

2.    Attached hereto as Exhibit A is a true copy of the Complaint filed in this action.

3. Attached hereto as Exhibit B is a true copy of an English translation of the Cyprus Processing of Personal Data (Protection of Individuals) Law of 2001.

4. Attached hereto as Exhibit C is a true copy of an English tranlation of the provisions of the Cyprus Business Banking Law relating to banking secrecy.

5. Attached hereto as Exhibit D is a true copy to the decision <u>A.S.T., LLC v. Pallenberg</u>, Civ. No. 07-795 (JAP), 2007 WL 1827188 (D.N.J. June 25, 2007).

6. Attached hereto as Exhibit E is a true copy of the decision <u>Roy v. Brahmbhatt</u>, Civ. No. 07-5082, 2008 WL 5054096 (D.N.J. Nov. 26, 2008).

7. Attached hereto as Exhibit F is a true copy of the decision <u>FTC v. Stout</u>, No. 99-5705 (WHW), 1999 WL 34833240 (D.N.J. Dec. 8, 1999).

8. Attached hereto as Exhibit G is a true copy of the decision <u>Cortese v. Radian Group Inc.</u>, No. 07-3375, 2008 WL 269473 (E.D. Pa. Jan. 30, 2008).

9. Attached hereto as Exhibit H is a true copy of the decision <u>CFTC v. Efrosman</u>, No. 05 Civ. 8422 (KMW), 2005 WL 3832923 (S.D.N.Y. Sept. 30, 2005).

10. Attached hereto as Exhibit I is a true copy of the decision <u>Compuwill Express, Inc. v. ATX Telecomms. Servs.</u>, No. 96-2462, 2000 U.S. Dist. LEXIS 7303 (E.D. Pa. May 31, 2000).

Dated: New York, New York
June 1, 2009

_____
Todd S. Fishman