UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------x
: No. 09-CV-00986 (JAP)
JOSEPH P. LASALA and :
FRED S. ZEIDMAN, as CO-TRUSTEES : Honorable Joel A. Pisano
of the AREMISSOFT CORPORATION   United States District Judge
LIQUIDATING TRUST, :

                Plaintiffs, :

                                    **SUPPLEMENTAL**
        v. : **CERTIFICATION OF**
                                    **TODD S. FISHMAN**

MARFIN POPULAR BANK PUBLIC :
COMPANY, LTD.,   Electronically Filed
:
                Defendant.
:
------------------------------------------------------x

      TODD S. FISHMAN, certifies under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

      1.    I am an attorney admitted to practice before this Court and am a member of Allen & Overy LLP, counsel for defendant Marfin Popular Bank Public Co Ltd in this action. I make this supplemental certification in support of the Bank's motion to dismiss plaintiffs' complaint.

2.	Attached hereto as Exhibit R is a true copy of the Bylaws of AremisSoft Corporation filed with the Securities and Exchange Commission on April 5, 1999.

Dated: New York, New York
       July 13, 2009

_____
Todd S. Fishman