UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------x
                                                       :
JOSEPH P. LASALA and                                   :
FRED S. ZEIDMAN, as CO-TRUSTEES     :    No. 09-CV-00968 (JAP) (DEA)
of the AREMISSOFT CORPORATION
LIQUIDATING TRUST,                                     :

                        Plaintiffs,    :    **CERTIFICATION OF**
                                                 **TODD S. FISHMAN**

        v.                                                :

MARFIN POPULAR BANK PUBLIC            :    Electronically Filed
COMPANY, LTD.,
                                                       :
                        Defendant.
                                                       :
-------------------------------------------------------x

       TODD S. FISHMAN, certifies under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

       1.     I am an attorney admitted to practice before this Court and am a member of Allen & Overy LLP, counsel for defendant Marfin Popular Bank Public Co Ltd in this action. I make this certification in support of the Bank's opposition to plaintiffs' Conditional Motion for Jurisdictional Discovery.

       2.     Attached hereto as Exhibit A is a true copy of the Bylaws of AremisSoft Corporation filed with the Securities and Exchange Commission on April 5, 1999.

3. Attached hereto as Exhibit B is a true copy of the Second Declaration of Stelios Hadjiosif dated June 4, 2008, previously submitted in connection with the Bank's motion to dismiss the complaint in this action.

Dated: New York, New York
       July 20, 2009

*Todd Fishman*
Todd S. Fishman