**GREENBERG TRAURIG, LLP**
Hal M. Hirsch (HH 0417)
David Jay (DJ 7221)
200 Park Avenue
Florham Park, New Jersey 07932
Phone: (973) 360-7900
Fax: (973) 301-8410

*Attorneys for Joseph P. LaSala and Fred S. Zeidman,
as Co-Trustees of the AremisSoft Liquidating Trust, Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH P. LASALA and FRED S. ZEIDMAN, as CO-TRUSTEES of the AREMISSOFT CORPORATION LIQUIDATING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>MARFIN POPULAR BANK PUBLIC COMPANY, LTD.,<br><br>Defendants. | Civil Action No.<br>09-CV-09-CV-00968 (JAP) |

DECLARATION OF HAL M. HIRSCH
IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

I, Hal M. Hirsch, hereby declare:

1. I am counsel to Joseph P. LaSala and Fred S. Zeidman, as Co-Trustees of the AremisSoft Corporation Liquidating Trust ("AremisSoft Trust") who were appointed to this position by Order of the United States District Court for the District of New Jersey. As counsel for the AremisSoft Trust, I have personal knowledge of the matters declared herein. I make this

declaration in opposition to Defendant Marfin Popular Bank Public Company, Ltd.'s ("Laiki") motion to dismiss the Complaint in this action.

2. Attached hereto as Exhibit A is a true and accurate copy of a filing made by AremisSoft Corporation with the Securities and Exchange Commission ("SEC") on March 6, 2000 showing that, effective as of December 31, 1999, AremisSoft moved its principal executive offices to Sentry Office Plaza, 216 Haddon Avenue, Westmont, New Jersey.

3. Attached hereto as Exhibit B is a true and accurate copy of a filing made by AremisSoft Corporation with the SEC on January 10, 2001 showing that AremisSoft had its principal executive offices in New Jersey.

4. Attached hereto as Exhibit C is a true and accurate copy of the docket report in *LaSala v. Bank of Cyprus. Public Co. Ltd.*, Civil Action No. 06-cv-6673-CSH in the United States District Court for the Southern District of New York.

5. Attached hereto as Exhibit D is a true and accurate copy of the docket report in *United States of America v. Bank of Cyprus*, Civil Action No. 07-cv-9234-CSH in the United States District Court for the Southern District of New York.

6. Attached hereto as Exhibit E is a true and accurate copy of an excerpt of the deposition transcript of Nicos Paphitis, who was Laiki's employee in charge of Laiki's representative office in NY which was in business from 1992 until the end of 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of July, 2009.

_____
HAL M. HIRSCH