# EXHIBIT A

-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
QhwNjxcKEHAJ2Qh1j9F1FTiEERy37AR7guc8W5Y/wqRifb/MHlkQfdS02L7uqOuk
MrmdFaHiz7cQXS8k2nCPHw==

<SEC-DOCUMENT>0000950123-00-001951.txt : 20000307
<SEC-HEADER>0000950123-00-001951.hdr.sgml : 20000307
ACCESSION NUMBER: 0000950123-00-001951
CONFORMED SUBMISSION TYPE: 8-K/A
PUBLIC DOCUMENT COUNT: 1
CONFORMED PERIOD OF REPORT: 19991230
ITEM INFORMATION:
FILED AS OF DATE: 20000306

FILER:

COMPANY DATA:
COMPANY CONFORMED NAME: AREMISSOFT CORP /DE/
CENTRAL INDEX KEY: 0001065152
STANDARD INDUSTRIAL CLASSIFICATION: SERVICES-PREPACKAGED SOFTWARE [7372]
IRS NUMBER: 680413929
STATE OF INCORPORATION: DE
FISCAL YEAR END: 1231

FILING VALUES:
FORM TYPE: 8-K/A
SEC ACT:
SEC FILE NUMBER: 000-25713
FILM NUMBER: 561355

BUSINESS ADDRESS:
STREET 1: 60 BISHOPSGATE
STREET 2: LONDON
CITY: ENGLAND

MAIL ADDRESS:
STREET 1: 60 BISHOPSGATE
STREET 2: LONDON
CITY: ENGLAND
</SEC-HEADER>
<DOCUMENT>
<TYPE>8-K/A
<SEQUENCE>1
<DESCRIPTION>AMENDMENT TO FORM 8-K
<TEXT>

<PAGE> 1

SECURITIES AND EXCHANGE COMMISSION
Washington, D. C. 20549

---

FORM 8-K/A

Current Report Pursuant to Section 13 or 15(d) of
The Securities Act of 1934

Date of Report (Date of earliest event reported) : December 30, 1999

AREMISSOFT CORPORATION
(Exact name of registrant as specified in its charter)

| STATE OF DELAWARE | 7372 | 68-0413929 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

Sentry Office Plaza, 216 Haddon Avenue, Westmont, New Jersey 08108
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: (212) 246-2141

200 Central Park South, #23A, New York, NY 10019
(Former address, if changed since last report ) (Zip Code)

<PAGE> 2

Item 7. FINANCIAL STATEMENTS AND EXHIBITS

Filed as Items 7(a), (b) and (c) to this Form 8-K/A are the required financial statements, pro forma financial information and exhibit, relating to the acquisition by AremisSoft Corporation (the "Registrant"), through its wholly owned subsidiary AremisSoft (E.E. M.E. A.), a Cyprus corporation, of all of the outstanding shares of e-nnovations.com, an India corporation. Such transaction is more fully described in the Current Report on Form 8-K filed by the

Registrant on December 30, 1999.

(a) Financial statements of e-nnovations.com (1)

(b) Pro forma financial information (1)

(c) Exhibits

Share Purchase Agreement dated as of December 17, 1999 (2)

- --------------------

(1) Incorporated by reference to the Registrant's Form S-1 Registration Statement filed March 6, 2000.

(2) Incorporated by reference to the Registrant=s Form 8-K filed December 30, 1999.

<PAGE> 3

Signatures

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated: March 6, 2000

AREMISSOFT CORPORATION

By: /s/ Roys Poyiadjis
--------------------------
Roys Poyiadjis
President

</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----