**EXHIBIT B**

-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
S8+HSB0y7vFC12BvG0c/ppJKHvs6S4eZrIbUXPw/5uROrT51VJ29ZujCNb9MtPk5
ExvAL4/hmzXhMCgMwB5mdA==

<SEC-DOCUMENT>0001001277-01-000024.txt : 20010123
<SEC-HEADER>0001001277-01-000024.hdr.sgml : 20010123
ACCESSION NUMBER: 0001001277-01-000024
CONFORMED SUBMISSION TYPE: 8-K
PUBLIC DOCUMENT COUNT: 1
CONFORMED PERIOD OF REPORT: 20010110
ITEM INFORMATION:
FILED AS OF DATE: 20010110

FILER:

COMPANY DATA:
COMPANY CONFORMED NAME: AREMISSOFT CORP /DE/
CENTRAL INDEX KEY: 0001065152
STANDARD INDUSTRIAL CLASSIFICATION: SERVICES-PREPACKAGED SOFTWARE [7372]
IRS NUMBER: 680413929
STATE OF INCORPORATION: DE
FISCAL YEAR END: 1231

FILING VALUES:
FORM TYPE: 8-K
SEC ACT:
SEC FILE NUMBER: 000-25713
FILM NUMBER: 1506475

BUSINESS ADDRESS:
STREET 1: 216 HADDON AVE
STREET 2: SUITE 607
CITY: WESTMONT
STATE: NJ
ZIP: 08108

MAIL ADDRESS:
STREET 1: 60 BISHOPSGATE

STREET 2: LONDON
CITY: ENGLAND
</SEC-HEADER>
<DOCUMENT>
<TYPE>8-K
<SEQUENCE>1
<FILENAME>0001.txt
<DESCRIPTION>FORM 8-K
<TEXT>

SECURITIES AND EXCHANGE COMMISSION

Washington, D. C. 20549

---

FORM 8 - K

CURRENT REPORT

Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934

January 10, 2001
(Date of Report)

AREMISSOFT CORPORATION
(Exact name of registrant as specified in its charter)

| STATE OF DELAWARE | 7372 | 68-0413929 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| 216 Haddon Avenue, Suite 607, Westmont, NJ | 08108 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (856) 869-0770

<PAGE>2

Item 5. Other Events

On December 29, 2000, AremisSoft Corporation acquired all of the outstanding shares of Denon International Limited for approximately $7.34 million. Denon International is a Dubai, U.A.E., based company organized in the British Virgin Islands with operations in Romania, Turkey, Greece, Northern Cyprus, Ukraine, Oman, Qtar, Bahrain, Kuwait, Kingdom of Saudi Arabia, Jordan and India.

Denon International develops, markets, implements and supports a fully integrated ERP system with an Arabic User Interface directed at the ERP market in the Middle East. The amount of consideration was determined through negotiations that took into account various factors concerning the business of Denon International including, among other things, the barriers to entry into the Middle Eastern ERP market and the market value of comparable companies.

Signatures

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated: January 10, 2001 AREMISSOFT CORPORATION

By:/s/ ROYS POYIADJIS
----------------------------------------
Roys Poyiadjis
President & Chief Executive Officer

</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----