# EXHIBIT C

APPEAL, CLOSED, ECF, RELATED

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:06-cv-06673-CSH

| | |
|---|---|
| LaSala et al v. Bank of Cyprus Public Company Limited | Date Filed: 09/01/2006 |
| Assigned to: Judge Charles S. Haight | Date Terminated: 08/17/2007 |
| Demand: $9,999,000 | Jury Demand: Plaintiff |
| Related Cases: 1:06-cv-04335-CSH | Nature of Suit: 370 Fraud or Truth-In-Lending |
| 1:07-cv-09234-CSH | |
| Case in other court: US Court of Appeals, 2nd Circuit, 09-01838-cv | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Other Contract | |

**Plaintiff**

**Joseph P. LaSala**
*as co-trustee of the Aremissoft*
*Corporation Liquidating Trust*

represented by **Gary R. Greenberg**
Greenberg Traurig, LLP(Boston)
One International Place
Boston, MA 02110
(617)-310-6000
Fax: (617)-310-6001
Email: greenbergg@gtlaw.com
*LEAD ATTORNEY*

**Hal Mitchell Hirsch**
Greenberg Traurig, LLP (NYC)
200 Park Avenue
New York, NY 10166
(212)-801-6868
Fax: (212)-805-5568
Email: hirschh@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald Daniel Lefton**
Greenberg Traurig, LLP (NYC)
200 Park Avenue
New York, NY 10166
2128013159
Fax: 2122246116
Email: leftonr@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fred S. Zeidman**
*co-trustee of the Aremissoft*
*Corporation Liquidating Trust*

represented by **Gary R. Greenberg**
(See above for address)
*LEAD ATTORNEY*

                                  **Hal Mitchell Hirsch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald Daniel Lefton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Bank of Cyprus Public Company Limited** | represented by | **Sarah Loomis Cave**<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York , NY 10004<br>212-837-6559<br>Fax: 212-422-4726<br>Email: cave@hugheshubbard.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/01/2006 | 1 | COMPLAINT against Bank of Cyprus Public Company Limited. (Filing Fee $ 350.00, Receipt Number 589290)Document filed by Joseph P. LaSala, Fred S. Zeidman.(laq, ) Additional attachment(s) added on 9/7/2006 (laq, ). (Entered: 09/06/2006) |
| 09/01/2006 | | SUMMONS ISSUED as to Bank of Cyprus Public Company Limited. (laq, ) (Entered: 09/06/2006) |
| 09/01/2006 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Joseph P. LaSala, Fred S. Zeidman.(laq, ) Additional attachment(s) added on 9/7/2006 (laq, ). (Entered: 09/06/2006) |
| 09/01/2006 | | CASE REFERRED TO Judge Charles S. Haight, Jr. as possibly related to 1:06-cv-4335. (laq, ) (Entered: 09/06/2006) |
| 09/01/2006 | | Case Designated ECF. (laq, ) (Entered: 09/06/2006) |
| 09/20/2006 | | CASE ACCEPTED AS RELATED TO 06cv4335. Notice of Assignment to follow. (jeh, ) (Entered: 09/26/2006) |
| 09/20/2006 | | Magistrate Judge Kevin N. Fox is so designated. (jeh, ) (Entered: 09/26/2006) |
| 09/20/2006 | 3 | NOTICE OF CASE ASSIGNMENT to Judge Charles S. Haight. Judge Unassigned is no longer assigned to the case. (jeh, ) (Entered: 09/26/2006) |
| 10/03/2006 | 4 | STIPULATION AND ORDER that the time for dft Bank of Cyprus PUblic Company Limited to answer, move or otherwise repsond to the complaint is extended to and including 10/25/06 without prejudice to dft's right to seek additional time. (Signed by Judge Charles S. Haight on 10/3/06) (dle, ) (Entered: 10/03/2006) |

| | | |
|---|---|---|
| 10/03/2006 | | Set Answer Due Date purs. to 4 Stipulation and Order, as to Bank of Cyprus Public Company Limited answer due on 10/25/2006. (dle, ) (Entered: 10/03/2006) |
| 10/05/2006 | 5 | AMENDED COMPLAINT amending 1 Complaint against Bank of Cyprus Public Company Limited.Document filed by Joseph P. LaSala, Fred S. Zeidman. Related document: 1 Complaint filed by Joseph P. LaSala, Fred S. Zeidman.(jco, ) (Entered: 10/06/2006) |
| 10/18/2006 | 6 | MOTION for Extension of Time *In Which To File A Motion To Dismiss and the Certificate of Service of Sarah L. Cave via ECF Dated October 18, 2006.*. Document filed by Bank of Cyprus Public Company Limited. (Cave, Sarah) (Entered: 10/18/2006) |
| 10/18/2006 | 7 | DECLARATION of John Fellas in Support re: 6 MOTION for Extension of Time *In Which To File A Motion To Dismiss and the Certificate of Service of Sarah L. Cave via ECF Dated October 18, 2006...* Document filed by Bank of Cyprus Public Company Limited. (Cave, Sarah) (Entered: 10/18/2006) |
| 10/23/2006 | 8 | RESPONSE to Motion re: 6 MOTION for Extension of Time *In Which To File A Motion To Dismiss and the Certificate of Service of Sarah L. Cave via ECF Dated October 18, 2006.. Plaintiffs' Response to Motion with Certificate of Service of Hal Hirsch*. Document filed by Joseph P. LaSala, Fred S. Zeidman. (Hirsch, Hal) (Entered: 10/23/2006) |
| 10/23/2006 | 9 | MEMO ENDORSEMENT on re: granting 6 MOTION for Extension of Time *In Which To File A Motion To Dismiss and the Certificate of Service of Sarah L. Cave via ECF Dated October 18, 2006..* filed by Bank of Cyprus Public Company Limited. (Signed by Judge Charles S. Haight on 10/23/06) (djc, ) (Entered: 10/24/2006) |
| 10/24/2006 | 10 | NOTICE OF APPEARANCE by Gary R. Greenberg on behalf of Joseph P. LaSala, Fred S. Zeidman (Greenberg, Gary) (Entered: 10/24/2006) |
| 10/25/2006 | 11 | MOTION for Discovery *By Plaintiffs for Order Requiring Defendant To Retain and Preserve Documents, Records and Data*. Document filed by Joseph P. LaSala, Fred S. Zeidman. (Hirsch, Hal) (Entered: 10/25/2006) |
| 10/25/2006 | 12 | DECLARATION of Hal M. Hirsch in Support re: 11 MOTION for Discovery *By Plaintiffs for Order Requiring Defendant To Retain and Preserve Documents, Records and Data..* Document filed by Joseph P. LaSala, Fred S. Zeidman. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order)(Hirsch, Hal) (Entered: 10/25/2006) |
| 10/25/2006 | 13 | MEMORANDUM OF LAW in Support re: 11 MOTION for Discovery *By Plaintiffs for Order Requiring Defendant To Retain and Preserve Documents, Records and Data..* Document filed by Joseph P. LaSala, Fred S. Zeidman. (Hirsch, Hal) (Entered: 10/25/2006) |
| 10/26/2006 | 14 | NOTICE of of Intent to File Response to Plaintiffs' Motion for an Order Requiring Defendant to Retain and Preserve Documents, Records and Data. Document filed by Bank of Cyprus Public Company Limited. (Cave, Sarah) (Entered: 10/26/2006) |
| 11/03/2006 | 15 | RESPONSE in Opposition re: 11 MOTION for Discovery *By Plaintiffs for Order Requiring Defendant To Retain and Preserve Documents, Records and Data. with Certificate of Service via hand delivery and via electronic filing on* |

| | | |
|---|---|---|
| | | *November 3, 2006.* Document filed by Bank of Cyprus Public Company Limited. (Cave, Sarah) (Entered: 11/03/2006) |
| 11/27/2006 | 16 | ENDORSED LETTER addressed to Judge Haight from Sarah Loomis Cave dated 11/22/06 re deft Bank of Cyprus motion to dismiss and request for a page limit extension for the Memo of Law supporting and opposing memo of up to 35 pages and that the Bank be permitted to submit a reply memo of up to 15 pages: so ordered. (Signed by Judge Charles S. Haight on 11/27/06) (cd, ) (Entered: 11/28/2006) |
| 11/30/2006 | 17 | MOTION to Dismiss *the Amended Complaint.* Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Certificate of Service via hand delivery on November 30th, 2006)(Cave, Sarah) (Entered: 11/30/2006) |
| 11/30/2006 | 18 | MEMORANDUM OF LAW in Support re: 17 MOTION to Dismiss *the Amended Complaint..* Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Part 2# 2 Certificate of Service via hand delivery on November 30th, 2006)(Cave, Sarah) (Entered: 11/30/2006) |
| 11/30/2006 | 19 | DECLARATION of Louis Pochanis in Support re: 17 MOTION to Dismiss *the Amended Complaint..* Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Certificate of Service via hand delivery on November 30th, 2006)(Cave, Sarah) (Entered: 11/30/2006) |
| 11/30/2006 | 20 | DECLARATION of Demetrios (Demetrakis) Stylianides in Support re: 17 MOTION to Dismiss *the Amended Complaint..* Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Certificate of Service via hand delivery on November 30th, 2006)(Cave, Sarah) (Entered: 11/30/2006) |
| 12/05/2006 | 21 | ORDER PERMITTING DEFENDANT BANK OF CYPRUS PUBLIC COMPANY LIMITED TO FILE EXHIBITS TO THE DECLARATION OF JOHN FELLAS IN HARD COPY: It is hereby ordered that defendant Bank of Cyprus Public Company Limited is hereby granted leave to file the Declaration of John Fellas electronically without the exhibits thereto and to file the exhibits to the Declaration of John Fellas in hard copy with the Clerk of the Court. (Signed by Judge Charles S. Haight on 12/4/2006) (lb, ) (Entered: 12/06/2006) |
| 12/06/2006 | 22 | DECLARATION of John Fellas in Support re: 17 MOTION to Dismiss *the Amended Complaint..* Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Certificate of Service of the Fellas Declaration via Hand Delivery on November 30, 2006# 2 Notice of Filing Exhibits to Declaration of John Fellas in Hard Copy# 3 Certificate of Service of the Notice of Filing of Exhibits to Fellas Declaration in Hard Copy via Electronic Mail on December 6, 2006)(Cave, Sarah) (Entered: 12/06/2006) |
| 12/06/2006 | 23 | ORDER PERMITTING DEFEDNANT BANK OF CYPRUS PUBLIC COMPANY LIMITED TO FILE EXHIBITS to the Declaration of John Fellas in Hard Copy. Document filed by Joseph P. LaSala, Fred S. Zeidman.(jmi, ) (Entered: 12/07/2006) |
| 12/18/2006 | 24 | STIPULATION AND ORDER EXTENDING PLAINTIFFS' TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS AND SETTING REPLY DATE: It is hereby stipulated and agreed that the time for plaintiffs Joseph P. LaSala and Fred S. Zeidman to oppose defendant's motion to dismiss be, and hereby is, extended to and including January 22, 2007, and Defendant's time to file a Reply in further support of the motion be and hereby is extended to 30 |

| | | |
|---|---|---|
| | | days after receipt of plaintiffs' Opposition. (Signed by Judge Charles S. Haight on 12/18/06) (js, ) (Entered: 12/19/2006) |
| 12/18/2006 | | Set Deadlines/Hearings: Responses due by 1/22/2007 (js, ) (Entered: 12/19/2006) |
| 01/22/2007 | 25 | MEMORANDUM OF LAW in Opposition re: 17 MOTION to Dismiss *the Amended Complaint..* Document filed by Joseph P. LaSala. (Lefton, Ronald) (Entered: 01/22/2007) |
| 01/22/2007 | 26 | DECLARATION of Joseph P. LaSala in Opposition re: 17 MOTION to Dismiss *the Amended Complaint..* Document filed by Joseph P. LaSala. (Attachments: # 1 Exhibit 1 (first of three)# 2 Exhibit 1 (second of three)# 3 Exhibit 1 (thrid of three)# 4 Exhibit 2 through 4# 5 Exhibit 5 through 6# 6 Exhibit 7# 7 Exhibit 8)(Lefton, Ronald) (Entered: 01/22/2007) |
| 02/21/2007 | 27 | REPLY MEMORANDUM OF LAW in Support re: 17 MOTION to Dismiss *the Amended Complaint..* Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Certificate of Service via Hand Delivery on February 21, 2007)(Cave, Sarah) (Entered: 02/21/2007) |
| 02/21/2007 | 28 | REPLY AFFIDAVIT of John Fellas in Support re: 17 MOTION to Dismiss *the Amended Complaint..* Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Certificate of Service via Hand Delivery on February 21, 2007)(Cave, Sarah) (Entered: 02/21/2007) |
| 03/20/2007 | 29 | ORDER: Oral Argument set for 4/5/2007 02:00 PM before Judge Charles S. Haight. (Signed by Judge Charles S. Haight on 3/20/2007) (jar) (Entered: 03/21/2007) |
| 04/05/2007 | | MEMORANDUM TO THE DOCKET CLERK: Oral argument begun and concluded on defendant's motion to dismiss. (djc) (Entered: 04/09/2007) |
| 04/25/2007 | 30 | TRANSCRIPT of proceedings held on 4/5/07 before Judge Charles S. Haight. (tro) (Entered: 04/25/2007) |
| 08/15/2007 | 31 | MEMORANDUM AND OPINION AND ORDER # 95056: For the reasons set forth in this order, and in the exercise of my discretion, I grant dft's motion to dismiss on the ground of forum non conveniens only and dismiss the complaint without prejudice to the merits of plaintiffs' claims. That dismissal is conditioned upon the dft Bank of Cyprus appearing and defending on the merits, without interposing a statute of limitations, an action asserting claims arising out of these facts, by the plaintiff Trustees in the courts of Cyprus, failing which plaintiffs may apply to restore the case to this Court's calendar (Signed by Judge Charles S. Haight on 8/15/07) (dle) Modified on 8/17/2007 (rw). (Entered: 08/16/2007) |
| 08/15/2007 | | Transmission to Judgments and Orders Clerk. Transmitted re: 31 Memorandum & Opinion,,, to the Judgments and Orders Clerk. (dle) (Entered: 08/16/2007) |
| 08/17/2007 | 32 | CLERK'S JUDGMENT That for the reasons stated in the Court's Memorandum Opinion and Order dated August 15, 2007, defendants motion to dismiss is granted on the grounds of forum non conveniens only, and the complaint is dismissed without prejudice to the merits of plaintiffs claims; that dismissal is conditioned upon the defendant Bank of Cyprus appearing and defending on the merits, without interposing a statute of limitations, an action asserting |

| | | |
|---|---|---|
| | | claims arising out of these facts, by the plaintiff Trustees in the courts of Switzerland, failing which plaintiffs may apply to reply restore the case to this Courts calendar. (Signed by J. Michael McMahon, clerk on 8/17/07) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 08/17/2007) |
| 08/17/2007 | 33 | MEMORANDUM OPINION AND ORDER: For the foregoing reasons, and in the exercise of my discretion, I grant defendants motion to dismiss on the ground of forum non conveniens only, and dismiss the complaint without prejudice to the merits of plaintiffs' claims. So Ordered. (Signed by Judge Charles S. Haight on 8/15/07) (js) (Entered: 08/20/2007) |
| 08/29/2007 | 34 | MOTION to Alter Judgment. Document filed by Joseph P. LaSala, Fred S. Zeidman.(Lefton, Ronald) (Entered: 08/29/2007) |
| 08/29/2007 | 35 | MEMORANDUM OF LAW in Support re: 34 MOTION to Alter Judgment.. Document filed by Joseph P. LaSala, Fred S. Zeidman. (Lefton, Ronald) (Entered: 08/29/2007) |
| 08/29/2007 | 36 | DECLARATION of Ronald D. Lefton in Support re: 34 MOTION to Alter Judgment.. Document filed by Joseph P. LaSala, Fred S. Zeidman. (Lefton, Ronald) (Entered: 08/29/2007) |
| 09/13/2007 | 37 | MEMORANDUM OF LAW in Opposition re: 34 MOTION to Alter Judgment.. Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Certificate of Service via hand delivery on September 13, 2007)(Cave, Sarah) (Entered: 09/13/2007) |
| 09/20/2007 | 38 | MEMORANDUM OF LAW in Support re: 34 MOTION to Alter Judgment.. Document filed by Joseph P. LaSala, Fred S. Zeidman. (Lefton, Ronald) (Entered: 09/20/2007) |
| 03/31/2009 | 39 | ORDER In Orders filed today, the Court dismissed both these actions on the ground of lack of subject matter jurisdiction. Those dismissals eliminate the basis for the plaintiffs' motion for reconsideration. That motion is accordingly DENIED. (Signed by Judge Charles S. Haight on 3/31/2009) (jpo) (Entered: 03/31/2009) |
| 04/14/2009 | 40 | MOTION for Reconsideration re; 39 Order, Terminate Motions,, *To Alter or Amend Its Findings and Judgment to Grant Leave to File an Amended Comlpaint*. Document filed by Joseph P. LaSala, Fred S. Zeidman.(Lefton, Ronald) (Entered: 04/14/2009) |
| 04/14/2009 | 41 | MEMORANDUM OF LAW in Support re: 40 MOTION for Reconsideration re; 39 Order, Terminate Motions,, *To Alter or Amend Its Findings and Judgment to Grant Leave to File an Amended Comlpaint*.. Document filed by Joseph P. LaSala, Fred S. Zeidman. (Lefton, Ronald) (Entered: 04/14/2009) |
| 04/27/2009 | 42 | MEMORANDUM OF LAW in Opposition re: 40 MOTION for Reconsideration re; 39 Order, Terminate Motions,, *To Alter or Amend Its Findings and Judgment to Grant Leave to File an Amended Comlpaint*.. Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Certificate of Service)(Weinstein, Marc) (Entered: 04/27/2009) |
| 04/29/2009 | 43 | NOTICE OF APPEAL from 32 Clerk's Judgment,, 39 Order, Terminate Motions,, 33 Memorandum & Opinion,. Document filed by Joseph P. LaSala, Fred S. Zeidman. Filing fee $ 455.00, receipt number E 686705. (nd) (Entered: 04/29/2009) |

| | | |
|---|---|---|
| 04/29/2009 | | Transmission of Notice of Appeal to the District Judge re: 43 Notice of Appeal. (nd) (Entered: 04/29/2009) |
| 04/29/2009 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 43 Notice of Appeal. (nd) (Entered: 04/29/2009) |
| 04/29/2009 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 16 Endorsed Letter, 14 Notice (Other) filed by Bank of Cyprus Public Company Limited, 11 MOTION for Discovery *By Plaintiffs for Order Requiring Defendant To Retain and Preserve Documents, Records and Data.* filed by Fred S. Zeidman, Joseph P. LaSala, 32 Clerk's Judgment,, 29 Order, Set Hearings, 24 Stipulation and Order,, 37 Memorandum of Law in Opposition to Motion filed by Bank of Cyprus Public Company Limited, 19 Declaration in Support of Motion, filed by Bank of Cyprus Public Company Limited, 22 Declaration in Support of Motion, filed by Bank of Cyprus Public Company Limited, 39 Order, Terminate Motions,, 42 Memorandum of Law in Opposition to Motion, filed by Bank of Cyprus Public Company Limited, 7 Declaration in Support of Motion, filed by Bank of Cyprus Public Company Limited, 17 MOTION to Dismiss *the Amended Complaint.* filed by Bank of Cyprus Public Company Limited, 10 Notice of Appearance filed by Fred S. Zeidman, Joseph P. LaSala, 38 Memorandum of Law in Support of Motion filed by Fred S. Zeidman, Joseph P. LaSala, 6 MOTION for Extension of Time *In Which To File A Motion To Dismiss and the Certificate of Service of Sarah L. Cave via ECF Dated October 18, 2006..* filed by Bank of Cyprus Public Company Limited, 34 MOTION to Alter Judgment. filed by Fred S. Zeidman, Joseph P. LaSala, 26 Declaration in Opposition to Motion, filed by Joseph P. LaSala, 18 Memorandum of Law in Support of Motion, filed by Bank of Cyprus Public Company Limited, 43 Notice of Appeal filed by Fred S. Zeidman, Joseph P. LaSala, 36 Declaration in Support of Motion filed by Fred S. Zeidman, Joseph P. LaSala, 9 Memo Endorsement, 41 Memorandum of Law in Support of Motion, filed by Fred S. Zeidman, Joseph P. LaSala, 5 Amended Complaint filed by Fred S. Zeidman, Joseph P. LaSala, 8 Response to Motion, filed by Fred S. Zeidman, Joseph P. LaSala, 33 Memorandum & Opinion, 3 Notice of Case Assignment/Reassignment, 28 Reply Affidavit in Support of Motion, filed by Bank of Cyprus Public Company Limited, 21 Order, 2 Rule 7.1 Corporate Disclosure Statement filed by Fred S. Zeidman, Joseph P. LaSala, 13 Memorandum of Law in Support of Motion filed by Fred S. Zeidman, Joseph P. LaSala, 31 Memorandum & Opinion,, 25 Memorandum of Law in Opposition to Motion filed by Joseph P. LaSala, 27 Reply Memorandum of Law in Support of Motion filed by Bank of Cyprus Public Company Limited, 4 Stipulation and Order, 15 Response in Opposition to Motion, filed by Bank of Cyprus Public Company Limited, 40 MOTION for Reconsideration re; 39 Order, Terminate Motions,, *To Alter or Amend Its Findings and Judgment to Grant Leave to File an Amended Comlpaint.* filed by Fred S. Zeidman, Joseph P. LaSala. 20 Declaration in Support of Motion, filed by Bank of Cyprus Public Company Limited, 35 Memorandum of Law in Support of Motion filed by Fred S. Zeidman, Joseph P. LaSala, 1 Complaint filed by Fred S. Zeidman, Joseph P. LaSala, 12 Declaration in Support of Motion, filed by Fred S. Zeidman, Joseph P. LaSala were transmitted to the U.S. Court of Appeals. (nd) (Entered: 04/29/2009) |
| 06/04/2009 | | USCA Case Number 09-1838-cv from the US Court of Appeals, 2nd Circuit assigned to 43 Notice of Appeal filed by Fred S. Zeidman, Joseph P. LaSala. |

| (nd) (Entered: 06/04/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/20/2009 13:13:28 | | | |
| PACER Login: | gt0222 | Client Code: | 063202.010000 |
| Description: | Docket Report | Search Criteria: | 1:06-cv-06673-CSH |
| Billable Pages: | 6 | Cost: | 0.48 |