**EXHIBIT D**

CLOSED, ECF, RELATED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-09234-CSH

The United States of America v. Bank of Cyprus Public Company Limited
Assigned to: Judge Charles S. Haight
Related Case: 1:06-cv-06673-CSH
Cause: 18:981 Civil Forfeiture

Date Filed: 10/15/2007
Date Terminated: 03/31/2009
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**The United States of America**  represented by  **Rua M. Kelly**
United States Attorney SDNY 1 Saint Andrew
Department of Justice
One Saint Andrew's Plaza
New York, NY 10007
(212)-637-2471
Fax: (212)-637-2527
Email: rua.kelly@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Ehrlich Alberts**
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007
(212) 637-1038
Email: Jeffrey.Alberts@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bank of Cyprus Public Company Limited**  represented by  **Sarah Loomis Cave**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
212-837-6559
Fax: 212-422-4726
Email: cave@hugheshubbard.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Co-Trustee Joseph P. LaSala**  represented by  **Hal Mitchell Hirsch**

Greenberg Traurig, LLP (NYC)
200 Park Avenue
New York , NY 10166
(212)-801-6868
Fax: (212)-805-5568
Email: hirschh@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Co-Trustee Fred S. Zeidman**  represented by **Hal Mitchell Hirsch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2007 | 1 | COMPLAINT against Bank of Cyprus Public Company Limited. Document filed by The United States of America.(jpo) (Entered: 10/18/2007) |
| 10/15/2007 |   | SUMMONS ISSUED as to Bank of Cyprus Public Company Limited. (jpo) (Entered: 10/18/2007) |
| 10/15/2007 |   | Case Designated ECF. (jpo) (Entered: 10/18/2007) |
| 10/15/2007 |   | CASE REFERRED TO Judge Charles S. Haight, Jr as possibly related to 06cv6673. (jpo) (Entered: 10/18/2007) |
| 10/23/2007 |   | CASE ACCEPTED AS RELATED. Create association to 1:06-cv-06673-CSH. Notice of Assignment to follow. (laq) (Entered: 10/26/2007) |
| 10/23/2007 | 2 | NOTICE OF CASE ASSIGNMENT to Judge Charles S. Haight. Judge Unassigned is no longer assigned to the case. (laq) (Entered: 10/26/2007) |
| 10/23/2007 |   | Magistrate Judge Kevin N. Fox is so designated. (laq) (Entered: 10/26/2007) |
| 10/26/2007 |   | Emailed notice to the attorney(s) of record. (laq) (Entered: 10/26/2007) |
| 11/13/2007 | 3 | WAIVER OF SERVICE RETURNED EXECUTED. Bank of Cyprus Public Company Limited waiver sent on 10/15/2007, answer due 12/14/2007. Document filed by The United States of America. (Kelly, Rua) (Entered: 11/13/2007) |
| 01/09/2008 | 4 | ORDER: The time for defendant Bank of Cyprus Public Company Limited to answer, move or othwerwise respond to the complaint is extended to 1/25/08. Plaintiff to serve an opposition to a motion to dismiss by 3/24/08. Defendant to serve a reply to a motion to dismiss by 4/23/08. Bank of Cyprus Public Company Limited answer due 1/25/2008. (Signed by Judge Charles S. Haight on 1/9/08) (db) (Entered: 01/09/2008) |
| 01/25/2008 | 5 | ENDORSED LETTER addressed to Judge Charles S. Haight from Marc Weinstein dated 1/24/08 re: Counsel for defendant Bank of Cyprus Public Company Limited request that the Bank and the plaintiff be permitted to submit supporting and opposing memoranda of law, respectively, of up to 36 pages and that the Bank be permitted to submit a reply memorandum of law of up to 18 pages. ENDORSEMENT: So Ordered. (Signed by Judge Charles S. Haight on |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                      |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | 1/25/08) (tro) (Entered: 01/25/2008)                                                                                                                                                                                                              |
| 01/25/2008 | 6  | MOTION to Dismiss. Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Certificate of Service via Electronic Mail and Federal Express on January 25, 2008)(Cave, Sarah) (Entered: 01/25/2008)                              |
| 01/25/2008 | 7  | DECLARATION of John Fellas in Support re: 6 MOTION to Dismiss.. Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Certificate of Service via Electronic Mail and Federal Express on January 25, 2008)(Cave, Sarah) (Entered: 01/25/2008) |
| 01/25/2008 | 8  | DECLARATION of William Blair QC in Support re: 6 MOTION to Dismiss.. Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Exhibit 1, # 2 Certificate of Service via Electronic Mail and Federal Express on January 25, 2008)(Cave, Sarah) (Entered: 01/25/2008) |
| 01/25/2008 | 9  | DECLARATION of Stephen George Byrne in Support re: 6 MOTION to Dismiss.. Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service via Electronic Mail and Federal Express on January 25, 2008)(Cave, Sarah) (Entered: 01/25/2008) |
| 01/25/2008 | 10 | DECLARATION of Louis Pochanis in Support re: 6 MOTION to Dismiss.. Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service via Electronic Mail and Federal Express on January 25, 2008)(Cave, Sarah) (Entered: 01/25/2008) |
| 01/25/2008 | 11 | MEMORANDUM OF LAW in Support re: 6 MOTION to Dismiss.. Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Certificate of Service via Electronic Mail and Federal Express on January 25, 2008)(Cave, Sarah) (Entered: 01/25/2008) |
| 03/18/2008 | 12 | STIPULATION AND ORDER that the time for the US to serve an opposition to a motion to dismiss is extended to and including 4/2/08. The time for Bank of Cyprus to serve a reply to any opposition served by the US is extended to and including 5/5/08. (Signed by Judge Charles S. Haight on 3/14/08) (cd) (Entered: 03/18/2008) |
| 04/07/2008 | 13 | STIPULATION & ORDER: The time for the United States to serve an opposition to a Motion to Dismiss is extended to 4/23/08. The time for Bank of Cyprus to serve a reply is extended to 5/30/08. (Signed by Judge Charles S. Haight on 4/7/08) (db) (Entered: 04/07/2008) |
| 04/23/2008 | 14 | FIRST REPLY MEMORANDUM OF LAW in Opposition re: 6 MOTION to Dismiss.. Document filed by The United States of America. (Attachments: # 1 Affidavit Affidavit of Service)(Kelly, Rua) (Entered: 04/23/2008) |
| 04/23/2008 | 15 | DECLARATION of Rua M. Kelly in Opposition re: 6 MOTION to Dismiss.. Document filed by The United States of America. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F)(Kelly, Rua) (Entered: 04/23/2008) |
| 06/02/2008 | 16 | STIPULATION AND ORDER: It is hereby stipulated and agreed that the time for Bank Cyprus to serve a reply to the opposition served by the United States is extended to and including June 20, 2008. (Signed by Judge Charles S. Haight |

| | | |
|---|---|---|
| | | on 6/2/2008) (jfe) (Entered: 06/02/2008) |
| 06/20/2008 | 17 | REPLY MEMORANDUM OF LAW in Support re: 6 MOTION to Dismiss.. Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Certificate of Service via Electronic Filing and Federal Express on June 20, 2008)(Elul, Hagit) (Entered: 06/20/2008) |
| 06/20/2008 | 18 | DECLARATION of John Fellas, Reply Declaration in Further Support in Support re: 6 MOTION to Dismiss.. Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 Part 1, # 4 Exhibit 3 Part 2, # 5 Exhibit 4, # 6 Certificate of Service via Electronic Filing and Federal Express on June 20, 2008)(Elul, Hagit) (Entered: 06/20/2008) |
| 07/18/2008 | 19 | NOTICE OF APPEARANCE by Jeffrey Ehrlich Alberts on behalf of The United States of America (Alberts, Jeffrey) (Entered: 07/18/2008) |
| 08/19/2008 | 20 | ORDER: This Order clarifies the status of the government's request for leave to file a sur-reply brief in the above-captioned case. Plaintiff's application for leave to file and serve a sur-reply in the above-captioned case is granted. The proposed sur-reply brief enclosed with plaintiff's letter request will be filed and considered by the Court. The defendant may file and serve a response to this sur-reply brief on or before 9/5/2008. It is SO ORDERED. ( Responses to Brief due by 9/5/2008) (Signed by Judge Charles S. Haight on 8/19/2008) (tve) (Entered: 08/19/2008) |
| 08/21/2008 | 21 | NOTICE OF APPEARANCE by Hal Mitchell Hirsch on behalf of Joseph P. LaSala, Fred S. Zeidman (Hirsch, Hal) (Entered: 08/21/2008) |
| 09/05/2008 | 22 | REPLY to Response to Motion re: 6 MOTION to Dismiss. *Defendant's Response to the Government's Sur-Reply Memorandum of Law*. Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Certificate of Service via Electronic Mail and Federal Express on September 5, 2008) (Weinstein, Marc) (Entered: 09/05/2008) |
| 03/31/2009 | 23 | ORDER: The Bank of Cyprus's motion to dismiss the complaint is granted pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, for lack of subject matter jurisdiction. The Clerk of the Court is directed to dismiss the complaint without prejudice for lack of subject matter jurisdiction. (Signed by Judge Charles S. Haight on 3/31/2009) (jpo) (Entered: 03/31/2009) |
| 03/31/2009 | | Transmission to Judgments and Orders Clerk. Transmitted re: 23 Order, Terminate Motions, to the Judgments and Orders Clerk. (jpc) (Entered: 03/31/2009) |
| 03/31/2009 | 24 | CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated March 31, 2009, defendant's motion to dismiss the complaint is granted, and the complaint is dismissed without prejudice, for lack of subject matter jurisdiction. (Signed by J. Michael McMahon, clerk on 3/31/09) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 03/31/2009) |
| 04/14/2009 | 25 | MOTION to Alter Judgment re: 24 Clerk's Judgment,., MOTION to Amend/Correct 24 Clerk's Judgment,. Document filed by The United States of America. (Attachments: # 1 Exhibit Proposed Amended Complaint)(Alberts, Jeffrey) (Entered: 04/14/2009) |
| 04/14/2009 | 26 | MEMORANDUM OF LAW in Support re: 25 MOTION to Alter Judgment re: |

| | | |
|---|---|---|
| | | 24 Clerk's Judgment,. MOTION to Amend/Correct 24 Clerk's Judgment,.. Document filed by The United States of America. (Alberts, Jeffrey) (Entered: 04/14/2009) |
| 05/01/2009 | 27 | STIPULATION AND ORDER, Set Deadlines/Hearing as to 25 MOTION to Alter Judgment re: 24 Clerk's Judgment. MOTION to Amend/Correct 24 Clerk's Judgment. (Responses due by 5/12/2009, Replies due by 5/26/2009.) (Signed by Judge Charles S. Haight on 5/1/09) (djc) (Entered: 05/01/2009) |
| 05/19/2009 | 28 | MEMORANDUM OF LAW in Opposition re: 25 MOTION to Alter Judgment re: 24 Clerk's Judgment,. MOTION to Amend/Correct 24 Clerk's Judgment,.. Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Certificate of Service)(Fellas, John) (Entered: 05/19/2009) |
| 05/19/2009 | 29 | DECLARATION of John Fellas, Esq. in Opposition re: 25 MOTION to Alter Judgment re: 24 Clerk's Judgment,. MOTION to Amend/Correct 24 Clerk's Judgment,.. Document filed by Bank of Cyprus Public Company Limited. (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4, # 4 Certificate of Service) (Fellas, John) (Entered: 05/19/2009) |
| 06/01/2009 | 30 | NOTICE of of Appeal. Document filed by The United States of America. (Alberts, Jeffrey) (Entered: 06/01/2009) |
| 06/12/2009 | 31 | REPLY MEMORANDUM OF LAW in Support re: 25 MOTION to Alter Judgment re: 24 Clerk's Judgment,. MOTION to Amend/Correct 24 Clerk's Judgment,.. Document filed by The United States of America. (Alberts, Jeffrey) (Entered: 06/12/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/20/2009 13:08:06 | | | |
| PACER Login: | gt0222 | Client Code: | 063202.010000 |
| Description: | Docket Report | Search Criteria: | 1:07-cv-09234-CSH |
| Billable Pages: | 4 | Cost: | 0.32 |