# EXHIBIT E

Page 1

```
 1
 2              UNITED STATES BANKRUPTCY COURT
 3                  DISTRICT OF NEW JERSEY
 4
 5   In re:                          ) Chapter 11 Case
                                     ) No. 02-32621
 6   AremisSoft CORPORATION, a       ) (RG)
     Delaware corporation,           )
 7                                   )
                                     )
 8            Debtor.                ) Civil Action
     ---------------------------     ) No. 02-CV-01336
 9            -AND-                  ) (JAP)
     ---------------------------     )
10   In re:                          )
                                     ) Civil Action
11   AremisSoft CORP.                ) No. 01-CV-2486
     SECURITIES LITIGATION           ) (JAP)
12                                   )
                                     )
13   ------------------------------)
14
15
16              DEPOSITION OF NICOS PAPHITIS
17                  NEW YORK, NEW YORK
18              Thursday, December 18, 2008
19
20
21
22
23
     Reported by:
24   PENNY SHERMAN
     JOB NO. 20312
25
```

### Page 10

```
 1        Paphitis
 2   spell that?
 3      A.  Egnatia Marfin is M-A-R-F-I-N.  Egnatia
 4   is E-G-N-A-T-I-A.
 5      Q.  Do you know what the purpose was for
 6   Laiki to open the U.S. representative office in
 7   199- --
 8      A.  8.
 9      Q.  -- 1998?
10      A.  Yeah.  At that time, they had a policy,
11   everywhere we have Greeks and Cypriot Americans or
12   regular, whatever...
13         MR. BUZZETTA:  C-Y-P-R-I-O-T-S.
14         Off the record.
15         (Discussion off the record.)
16      A.  -- Greek Americans and Cypriot Americans
17   because of, they wanted to have somebody to serve
18   them or to do business with them, and they opened a
19   rep office here, in South Africa, in Australia and
20   England, they had an office.
21      Q.  What was the services specifically that
22   the U.S. representative office provided?
23      A.  Provided the off-shore loans for those
24   that they wanted to buy property in Cyprus; to give
25   the informations about -- for those who wanted to
         TSG Reporting - Worldwide    877-702-9580
```

### Page 11

```
 1        Paphitis
 2   buy properties in Cyprus; also to open accounts for
 3   them, if they want to open accounts, and wire them
 4   some money in Cyprus to pay their loans.
 5         Basically to -- for offshore loans
 6   for -- and open accounts for those to verify their
 7   signatures too, because we have a lot of documents
 8   to send to Cyprus or to do -- like we did with Roys
 9   Poyiadjis.
10         MR. BUZZETTA:  R-O-Y-S, the second name
11   is P-O-Y-I-A-D-J-I-S.
12      A.  At that time, they would have e-mails.
13   They send by fax all the documents.  He sign, I
14   verify his signature and I send it back to Cyprus.
15         MR. BUZZETTA:  Off the record.
16         (Discussion off the record.)
17      Q.  Tell me what your titles were, what your
18   positions were with the U.S. office from the day
19   you started at the U.S. representative office until
20   December 1st of 2008.
21      A.  Chief representative of the office.  At
22   the beginning, I was a representative, and then
23   they changed my title to chief representative.
24      Q.  When did that change occur?
25      A.  I don't remember.
         TSG Reporting - Worldwide    877-702-9580
```

### Page 12

```
 1        Paphitis
 2      Q.  Describe your responsibilities as
 3   representative officer.
 4      A.  My responsibilities is to meet with our
 5   clients, to serve them, to participate in all the
 6   Greek events, the parades, the community events.
 7   And also, I was a member of the philanthropic
 8   committee for the Cyprus Federation, and I was, you
 9   know, on behalf of the bank, I was giving a lot of
10   donations to the people that they are in need to...
11         And basically we have a lot of customers
12   with loans and a lot of customers that they were
13   interested to go back to Cyprus.  We help them have
14   to open their accounts on their way back to Cyprus.
15   We give informations from Cyprus; how to wire their
16   money from the banks here over there.
17         Just information.  We didn't solicit any
18   other kind of business.
19      Q.  Did your responsibilities change when
20   you became chief of the office?
21      A.  Yeah, I was supervising three other
22   people in my office.
23      Q.  How many employees were in the U.S.
24   office?
25      A.  Four altogether, yeah.
         TSG Reporting - Worldwide    877-702-9580
```

### Page 13

```
 1        Paphitis
 2      Q.  When the office opened -- at what point
 3   were there four employees?
 4      A.  After, I think, the first two years -- a
 5   year and a half, they were three, and then we hired
 6   another guy; four, all together.  Because they
 7   wanted to go back to Cyprus.  And we hire somebody
 8   else to replace him.  And then the other one would
 9   change his mind; he didn't want to go back to
10   Cyprus.  And I felt sorry to fire him, and we stuck
11   with four guys.
12      Q.  And what were their titles?
13      A.  The two were representatives, and girl
14   was -- the title was administrator, I guess.
15      Q.  And then you would have been number
16   four?
17      A.  Yes.
18      Q.  Who was the chief representative when
19   you were a representative in that office?
20      A.  Angelo Louis.  He's from -- he still
21   works with Laiki.
22      Q.  Where?
23      A.  In Cyprus now.  But at that time, he was
24   a chief representative of Canada, and when I first
25   came here because he knew the laws and regulations
         TSG Reporting - Worldwide    877-702-9580
```