# Greenberg Traurig

Hal M. Hirsch
(973) 360-7900
hirschh@gtlaw.com

July 20, 2009

**VIA ECF**

The Honorable Joel A. Pisano
United States District Court
District Of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: *LaSala* v. Marfin Popular Bank Public Company, Ltd.,
Civil Action No.09-CV-09-CV-00968 (JAP)

Dear Judge Pisano:

On July 13, 2009. the Defendant Marfin Popular Bank Public Company, Ltd. filed a reply memorandum on its motion to dismiss and an accompanying supplemental certification of Todd S. Fishman. The reply memorandum contains misstatements, misrepresentations, and omissions of the facts and the law which necessitates that the Plaintiffs, Joseph P. LaSala and Fred S. Zeidman, as Co-Trustees of the AremisSoft Liquidating Trust ("Trust"), seek leave of the Court to file the accompanying sur-reply memorandum and my declaration to correct the record. Therefore, the Trust respectfully requests the Court's leave to file the sur-reply memorandum and my declaration in further support of its opposition to the Defendant's motion to dismiss.

Respectfully submitted,

Hal M. Hirsch

cc: Robert J. Kipnees, Esq.
Todd S. Fishmann, Esq.