**ALLEN & OVERY**

July 23, 2009

BY ELECTRONIC CASE FILING

The Honorable Joel A. Pisano
United States District Judge
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

Tel             212 610 6300
Fax            212 610 6399
Direct line   212 756 1130
todd.fishman@newyork.allenovery.com

Re:   *LaSala v. Marfin Popular Bank Public Company, Ltd.*
        Civil Action No. 09-cv-00968 (JAP)(DEA)

Dear Judge Pisano:

On behalf of defendant Marfin Popular Bank (the "Bank"), we submit this brief letter opposing plaintiffs' request to file sur-reply papers in support of their opposition to the Bank's motion to dismiss.

Foremost, Local Civil Rule 7.1 reflects the policy of this District that sur-reply papers customarily are not permitted. Plaintiffs offer no reason to depart from this policy, as any argument set forth in their proposed sur-reply easily could have appeared in their opposition papers.

In addition, it is important to address a significant error in plaintiffs' proposed sur-reply. Plaintiffs contend that the Bank "misleads" the Court in arguing that, as stated in its corporate bylaws, AremisSoft fixed its "principal office for the transaction of the business of the Corporation" in London, England. Plaintiffs are not correct. In support of their argument, plaintiffs cite to AremisSoft's March 6, 2000 Form 8-K, which merely states that, effective December 31, 1999, the company changed its "principal executive offices" in the United States from 200 Central Park South, New York, New York to 216 Haddon Avenue, Westmont, New Jersey. This filing, however, in no way altered the stipulation in the company's bylaws that the principal office for the transaction of business was in London. Indeed, the very Form 8-K on which plaintiffs rely lists AremisSoft's business and mail addresses as "60 Bishopsgate, London, England."

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Bratislava, Brussels, Bucharest (associated office), Budapest, Dubai, Düsseldorf, Frankfurt, Hamburg, Hong Kong, London, Luxembourg, Madrid, Mannheim, Milan, Moscow, New York, Paris, Prague, Riyadh (associated office), Rome, São Paulo, Shanghai, Singapore, Tokyo and Warsaw.

  Plaintiffs' remaining sur-reply arguments are amply addressed in the Bank's motion to dismiss papers on file. Thank you for your consideration of this matter.

              Respectfully submitted,

              *Todd Fishman*

              Todd S. Fishman

cc: Hal M. Hirsch, Esq.
   David Jay, Esq.
   Robert J. Kipnees, Esq.