# Greenberg Traurig

Hal M. Hirsch
(973) 360-7900
hirschh@gtlaw.com

July 27, 2009

**VIA ECF**

The Honorable Douglas E. Arpert
United States District Court
District Of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re: *LaSala  v.* Marfin Popular Bank Public Company, Ltd.,
       Civil Action No.09-CV-09-CV-00968 (JAP)

Dear Judge Arpert:

  On July 20, 2009. the Defendant Marfin Popular Bank Public Company, Ltd. filed a Memorandum in Opposition to the Plaintiffs' Conditional Motion for Jurisdictional Discovery. The Memorandum in Opposition contains misstatements, misrepresentations, and omissions of the facts and the law which necessitates that the Plaintiffs, Joseph P. LaSala and Fred S. Zeidman, as Co-Trustees of the AremisSoft Liquidating Trust ("Trust"), seek leave of the Court to file the accompanying Reply Memorandum in Support of Plaintiffs' Conditional Motion for Jurisdictional Discovery and my Second Declaration in Support of Plaintiffs' Conditional Motion. Therefore, the Trust respectfully requests the Court's leave to file the accompanying Reply Memorandum and my Second Declaration in support of its Conditional Motion for Jurisdictional Discovery.

                Very truly yours,

                Hal M. Hirsch

cc:  Robert J. Kipnees, Esq.
    Todd S. Fishman, Esq.

ALBANY

AMSTERDAM

ATLANTA

BOCA RATON

BOSTON

CHICAGO

DALLAS

DELAWARE

DENVER

FORT LAUDERDALE

HOUSTON

LAS VEGAS

LOS ANGELES

MIAMI

MILAN*

NEW JERSEY

NEW YORK

ORANGE COUNTY, CA

ORLANDO

PHILADELPHIA

PHOENIX

ROME*

SILICON VALLEY

TALLAHASSEE

TOKYO*

TYSONS CORNER

WASHINGTON, D.C.

WEST PALM BEACH

ZURICH

*Strategic Alliances
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400

www.gtlaw.com