**GREENBERG TRAURIG, LLP**
Hal M. Hirsch (HH 0417)
David Jay (DJ 7221)
200 Park Avenue
Florham Park, New Jersey 07932-0677
Phone:   (973) 360-7900
Fax:      (973) 301-8410

*Attorneys for Joseph P. LaSala and Fred S. Zeidman,*
*as Co-Trustees of the AremisSoft Liquidating Trust, Plaintiffs*

### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH P. LASALA and FRED S. ZEIDMAN, as CO-TRUSTEES of the AREMISSOFT CORPORATION LIQUIDATING TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> MARFIN POPULAR BANK PUBLIC COMPANY, LTD., <br><br> Defendant. | Civil Action No. <br> 09-CV-00968 (JAP) |

### NOTICE OF MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFFS' CONDITIONAL MOTION FOR JURISDICTIONAL DISCOVERY

**PLEASE TAKE NOTICE** that, at a date and time to be determined by the

Court, Plaintiffs Joseph P. LaSala and Fred S. Zeidman, as Co-Trustees of the

Aremisoft Corporation Liquidating Trust ("Plaintiffs"), shall move before the Honorable Joel A. Pisano, United States District Court for the District of New Jersey, Trenton, for an order granting Plaintiffs leave to supplement their Conditional Motion for Jurisdictional Discovery. The parties have conferred concerning this Motion and have been unable to resolve the dispute. Pursuant to this request, Plaintiffs seek leave to conduct supplemental jurisdictional discovery, including the service of supplemental interrogatories and deposition of the defendant in the United States pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. An oral hearing is presently scheduled before this Honorable Court at 11:00 a.m. on October 13, 2009 on Plaintiffs' Motion for Jurisdictional Discovery and Defendant's Motion to Dismiss the Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Plaintiffs will rely upon Plaintiffs' Memorandum in Support of Motion for Leave to Supplement Their Conditional Motion for Jurisdictional Discovery and the

Declaration of Hal M. Hirsch in Support of Plaintiffs' Motion for Leave to Supplement Their Conditional Motion for Jurisdictional Discovery.

Dated: September 23, 2009					GREENBERG TAURIG, LLP


							By:	s/ Hal M. Hirsch
								Hal M. Hirsch
								David Jay
							200 Park Avenue
							P.O. Box 677
							Florham Park, New Jersey 07932-0677
							(973) 360-7900

							*Attorneys for the AremisSoft Liquidating Trust*