**GREENBERG TRAURIG, LLP**
Hal M. Hirsch (HH 0417)
David Jay (DJ 7221)
200 Park Avenue
Florham Park, New Jersey  07932
Phone: (973) 360-7900
Fax:    (973) 301-8410

*Attorneys for Joseph P. LaSala and Fred S. Zeidman,*
*as Co-Trustees of the AremisSoft Liquidating Trust, Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH P. LASALA and FRED S. ZEIDMAN, as CO-TRUSTEES of the AREMISSOFT CORPORATION LIQUIDATING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>MARFIN POPULAR BANK PUBLIC COMPANY, LTD.,<br><br>Defendants. | Civil Action No.<br>09-CV-09-CV-00968 (JAP) |

**DECLARATION OF HAL M. HIRSCH**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO**
**SUPPLEMENT THEIR CONDITIONAL MOTION FOR**
**JURISDICTIONAL DISCOVERY**

I, Hal M. Hirsch, hereby declare:

1. I am counsel to Joseph P. LaSala and Fred S. Zeidman, as Co-Trustees of the AremisSoft Corporation Liquidating Trust ("AremisSoft Trust") who were appointed to this position by Order of the United States District Court for the District of New Jersey. As counsel for the AremisSoft Trust, I have personal knowledge of the matters declared herein. I make this declaration in support of Plaintiffs' Motion to Supplement Their Conditional Motion for Jurisdictional Discovery.

2. Attached hereto as Exhibit A is a true and accurate copy of a page from AremisSoft Corporation's "General Ledger-1999" and a page entitled AremisSoft Corporation's "Trial Balance" from June 30, 2000.

3. Attached hereto as Exhibit B is a true and accurate copy of an opinion letter dated October 25, 1999 from AremisSoft' Corporation's then United States counsel, Scott Bartel, given to the Defendant Marfin Popular Bank Public Company, Ltd. (then known as Cyprus Popular Bank) ("Laiki") in connection with the establishment of Laiki's banking relationship with AremisSoft Corporation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this twenty-third day of September, 2009.

s/ Hal M. Hirsch  
HAL M. HIRSCH

# EXHIBIT A

**AremisSoft Corporation**
**General Ledger-1999**

| A/C | Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 1001 | | F.D Account 015542048872-06 (Bank of Cyprus) | | | |
| | 21-Oct-99 | Trf.A/C No.122750 | 6,000,000.00 | | |
| | 27-Oct-99 | Trf to A/C No.122750 | | 2,800,000.00 | |
| | 19-Nov-99 | Trf to A/C No.122750 | | 230,000.00 | |
| | 25-Nov-99 | Trf to A/C No.122750 | | 415,000.00 | |
| | 25-Nov-99 | Trf to A/C No.22005 | | 15,000.00 | |
| | 31-Dec-99 | Interest for the deposit. | 32,725.00 | | |
| | | Total | 6,032,725.00 | 3,460,000.00 | 2,572,725.0 |
| 1002 | | F.D Account 10633050750 (Popular Bank) | | | |
| | 21-Oct-99 | Transfer from A/C 122750 | 5,000,000.00 | | |
| | 27-Dec-99 | Trf to Bank 122750 | | 2,523,379.00 | |
| | 27-Dec-99 | Transfer to 122750 | | 11,029.33 | |
| | 27-Dec-99 | Payment for acquisition | | 2,466,074.51 | |
| | 31-Dec-99 | Interest | 41,108.13 | | |
| | | Total | 5,041,108.13 | 5,000,482.84 | 40,625.2 |
| 1003 | 31-Dec-99 | Bank a/c 122750(Bank of Cyprus) | 4,997,901.84 | | |
| 1004 | 31-Dec-99 | Bank a/c 015540008318 (Bank of Cyprus) | 131.30 | | |
| 1005 | 31-Dec-99 | Bank a/c 015502022005 | | 977.05 | |
| | | Total | 4,998,033.14 | 977.05 | 4,997,056.0 |
| 1006 | | Chase Manhatten (Account Number-777-788764) | | | |
| | 30-Jun-99 | Bartel Eng | 482,675.32 | | |
| | 30-Jul-99 | Income re-investd | 815.61 | | |
| | 10-Aug-99 | Escrow account | 500,000.00 | | |
| | 13-Aug-99 | Paid to UK on 13/8/99(155148*1.61) | | 250,000.00 | |
| | 31-Dec-99 | Travel | | 11,075.89 | |
| | 31-Dec-99 | Hotel | | 40,747.95 | |
| | 31-Dec-99 | Investor entertainment | | 4,173.34 | |
| | 31-Dec-99 | Directors expenses | | 143,528.14 | |
| | 31-Dec-99 | IR/PR-Morgen Walke | | 65,722.98 | |
| | 31-Dec-99 | Transfer agent | | 2,050.00 | |
| | 31-Dec-99 | Rent for 200 Central Park | | 50,702.35 | |
| | 31-Dec-99 | General office expenses | | 39,374.01 | |
| | 31-Dec-99 | Directors insurance | | 87,006.00 | |
| | | Total | 983,490.93 | 694,380.66 | 289,110.2 |
| 1007 | | AremisSoft Escrow account | | | |
| | 10-Aug-99 | Transfer from LK Global(Dr.K) | 2,000,000.00 | | |
| | 10-Aug-99 | Transfer to UK(Loan repayment) | | 7,000,000.00 | |
| | 10-Aug-99 | Various transfer charges | | 168.00 | |
| | 10-Aug-99 | Transfer to AremisIndia | | 100,000.00 | |
| | 10-Aug-99 | Aremis New York bank | | 500,000.00 | |
| | 10-Aug-99 | Bank of Cyprus | | 11,650,000.00 | |
| | 22-Sep-99 | Share issued to Infoquest(1.6*US$11) | 17,600,000.00 | | |
| | 30-Sep-99 | Interest | 15,831.19 | | |
| | 01-Nov-99 | Transfer to Bells | | 198,149.20 | |
| | 30-Nov-99 | Interest | 542.32 | | |
| | 01-Dec-99 | Bells for expenses | | 39,251.82 | |
| | 10-Dec-99 | Dividend | 15,014.89 | | |
| | 29-Dec-99 | Bells for expenses | | 37,282.61 | |
| | 31-Dec-99 | Interest accrued | 467.84 | | |
| | | Total | 19,631,856.24 | 19,524,851.63 | 107,004.6 |
| 1008 | | AremisSoft Client Trust Account | | | |

1/9

A179163



| A/C Code | Description | Debit (US$) | Credit (US$) |
|---|---|---|---|
| | **AremisSoft Corporation** | | |
| | **Trial Balance as at 30-06-00** | | |
| 1000 | Cash in hand | 835,686 | |
| 1001 | F.D Account 015542048872-06 (Bank of Cyprus) | 7,779,551 | |
| 1002 | F.D Account 10633050750 (Popular Bank) | 40,625 | |
| 1003 | Bank a/c 122750(Bank of Cyprus) | 216 | |
| 1004 | Bank a/c 015540008318 (Bank of Cyprus) | 111 | |
| 1005 | Bank a/c 015502022005 | -164 | |
| 1006 | Chase Manhatten (Account Number-777-788764) | 639,110 | |
| 1007 | Bank of Cyprus (A/C No.015541145432) | 121,608 | |
| 1008 | AremisSoft Escrow account | 107,005 | |
| 1009 | AremisSoft Client Trust Account | 1,612 | |
| 1010 | HSBC Bank Guldford -UK-603-124660-561 | 84,212 | |
| 1011 | AremisSoft Cyprus Ltd | 238,048 | |
| 1012 | LK Global Information Systems BV | | 1,567,785 |
| 1013 | AremisSoft (India) Pvt.Ltd | | 1,814,916 |
| 1014 | Aremissoft UK | 461,940 | |
| 1015 | AremisSoft (E.E.M.E.A) Ltd | 12,671,960 | |
| 1016 | Global Soft.com | | 237,233 |
| 1017 | Bank Guarentee | 87,012 | |
| 1018 | Prepayments | 0 | |
| 1019 | Investments | 34,683,288 | |
| 1020 | Property and Equipments | 64,553 | |
| 1021 | Share Capital Account | | 57,899,130 |
| 1022 | Accumulated reserve | 3,188,278 | |
| 1023 | Property&Equipments- Accum.Depreciation | | 1,001 |
| 1024 | Corporation Tax Payable | 158,349 | |
| 1025 | Bartel Eng a/c | | 0 |
| 1026 | Pillsbury, Madison&Sutro | | 0 |
| 1027 | Accrued Liability | | 631,859 |
| 1028 | Bank charges | 3,128 | |
| 1029 | Interest | | 270,279 |
| 1030 | Legal and Audit expenses | 160,309 | |
| 1031 | Miscelaneous expenses | 107,593 | |
| 1032 | Travelling and Accommodation | 35,271 | |
| 1033 | Salary a/c | 370,000 | |
| 1034 | Rent | | |
| 1035 | India Expenses | 271,953 | |
| 1036 | Depreciation | 500 | |
| 1037 | Telephone/communication | 4,452 | |
| 1038 | Cost of Sales | 0 | |
| 1039 | Sales and Marketing | 306,000 | |
| | **Grand Total** | **62,422,202** | **62,422,202** |

A067902

# EXHIBIT B

ALT085332

Scott F. Barth
Daniel B. Eng
Roger D. Lyn
Regina J. Schroder

Jeff D. Barlow
Eric J. Stiff


A LAW CORPORATION

300 Capitol Mall Suite 1100
Sacramento CA 95814
Telephone 916 442-0400
Facsimile 916 442-3442

World Wide Web
http://www.barteleng.com

Of Counsel
Vincent DiCarlo

October 25, 1999

To Cyprus Popular Bank:

Re: AremisSoft Corporation

Dear Sir/Madam:

We are legal counsel to AremisSoft Corporation, a Delaware corporation, and its subsidiaries ("AremisSoft"). In this respect, AremisSoft has asked us to advise you of the following:

1. AremisSoft is a validly organized corporation under the laws of the State of Delaware in the United States of America;

2. On April 22, 1999, AremisSoft listed its Common Stock on the NASDAQ National Market System which is the largest over-the-counter stock market in the United States;

3. As of October 25, 1999, AremisSoft has 15.3 million shares of Common Stock issued and outstanding with a market capitalization value of approximately $212 million USD based upon the closing share price on the NASDAQ NMS on October 22, 1999.

4. Under the General Corporations Law of the State of Delaware, AremisSoft is authorized and empowered to borrow money in its corporate name and pledge its assets in order to secure any obligation in connection with any borrowing of money.

5. Under the General Corporations Law of the State of Delaware, AremisSoft's Chief Executive Officer, Dr. Lycourgos K. Kyprianou, together with either the Company's Chief Financial Officer, Mr. Michael Tymvios or AremisSoft's Corporate Secretary, Mr. Noel Voice have

BAR 06132

ALT085333



Cyprus Popular Bank
October 25, 1999
Page 2.

      the corporate authority to bind AremisSoft to contracts for any borrowing and/or pledge of assets to secure such borrowing.

6. Under the General Corporations Law of the State of Delaware, AremisSoft has the corporate authority to borrow money for purposes of transferring the borrowed funds to a subsidiary of AremisSoft as either a loan or as a contribution to the share capital of the subsidiary.

If you should have any questions concerning the foregoing, please do not hesitate to contact me.

Very truly yours,

Scott E. Bartel

BAR 06133