**GREENBERG TRAURIG, LLP**
Hal M. Hirsch (HH 0417)
David Jay (DJ 7221)
200 Park Avenue
Florham Park, New Jersey 07932-0677
Phone:   (973) 360-7900
Fax:       (973) 301-8410

*Attorneys for Joseph P. LaSala and Fred S. Zeidman,*
*as Co-Trustees of the AremisSoft Liquidating Trust, Plaintiffs*

### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH P. LASALA and FRED S. ZEIDMAN, as CO-TRUSTEES of the AREMISSOFT CORPORATION LIQUIDATING TRUST,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>MARFIN POPULAR BANK PUBLIC COMPANY, LTD.,<br><br>　　　　　Defendant. | Civil Action No.<br>09-CV-00968 (JAP) |

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THEIR CONDITIONAL MOTION FOR <u>JURISDICTIONAL DISCOVERY</u>

Upon the Motion of the Plaintiffs, Joseph P. LaSala and Fred S. Zeidman, Co-Trustees of the AremisSoft Corporation Liquidating Trust ("Plaintiffs"), for Leave to Supplement Their Conditional Motion for Jurisdictional Discovery ("Plaintiffs' Motion for Leave"); and having considered the parties' submissions on the Plaintiffs' Motion for Leave; and upon the record of the case; and upon the proceedings previously had herein; and good and sufficient cause appearing, it is:

ORDERED that the Plaintiffs are granted leave to supplement their pending Conditional Motion for Jurisdictional Discovery in accordance with Plaintiffs' Motion for Leave.

Dated:      Trenton, New Jersey

_____, 2009

_____
JOEL A. PISANO
UNITED STATES DISTRICT
COURT JUDGE