# EXHIBIT A

 

# General Docket
## US Court of Appeals for the Second Circuit

Second Circuit Court of Appeals

INDIV

CLOSED

Court of Appeals Docket #:    09-1838-cv
Nsuit : 4370            TORTS PROPERTY-Fraud

LaSala v. Bank of Cyprus Public Company        Filed   4/29/09
Limited

Appeal      SDNY (NEW YORK CITY)
from:

Case type information:

    Civil

    Private

    None

Lower court information:

    District:      06-cv-6673

    Trial Judge:   Charles S. Haight

    MagJudge:

    Date Filed:    09/01/06

    Date order/judgement:    3/31/2009

    Date NOA filed:  4/29/2009

Fee status: Paid

Panel Assignment:

Panel:

Date of decision:        8/28/09

Prior cases:  NONE

Current cases NONE

Official Caption 1/
[]                                              INDIV

                                                                      CLOSED

------------------------------------------
Docket No. [s] : 09-1838 -cv

Joseph P. LaSala, co-trustee of the Aremissoft
Corporation Liquidating Trust, Fred S. Zeidman,
co-trusteee of the Aremissoft Corporation Liquidating
Trust,

      Plaintiffs-Appellants,

v.

Bank of Cyprus Public Company Limited,

      Defendant-Appellee.

------------------------------------------


Authorized Abbreviated Caption 2/
------------------------------------------
Docket No. [s] : 09-1838 -cv

LaSala   v.   Bank of Cyprus Public Company Limited
------------------------------------------



----------------------------------------------------------
-----------------
1/ Fed. R. App. P. Rule 12 [a] and 32 [a].
2/ For use on correspondence and motions only.

Docket as of    September 22,       2:16 am              Page   2
                2009
☐                                                        INDIV

                                                         CLOSED

Fred S. Zeidman                   Hal Mitchell Hirsch Esq.

Plaintiff-Appellant               [ LD ret ]
                                  Greenberg Traurig LLP

                                  200 Park Ave.
                                  New York  , NY , 10166

                                  212-801-6868

Joseph P. LaSala                  Hal Mitchell Hirsch Esq.(See
                                  above)
Plaintiff-Appellant               [ LD ret ]

Fred S. Zeidman                   Ronald D. Lefton Esq.

```
Plaintiff-Appellant              [ ret ]
                                 Greenberg Traurig

                                 200 Park Avenue
                                 New York , NY , 10166

                                 212-801-2100

Joseph P. LaSala                 Ronald D. Lefton Esq.(See above)

Plaintiff-Appellant              [ ret ]

Docket as of    September 22,    2:16 am             Page   3
                2009
                                                     INDIV

                                                     CLOSED


Bank of Cyprus Public Company    Sarah Loomis Cave Esq.
Limited
Defendant-Appellee               [ LD ret ]
                                 Hughes, Hubbard & Reed LLP

                                 1 Battery Park Plaza
                                 New York , NY , 10004

                                 212-837-6559

Docket as of    September 22,    2:16 am             Page   4
                2009
                                                     INDIV

                                                     CLOSED


   4/29/09  APPELLANT   Fred Zeidman,  Joseph LaSala,
            Copy of notice of appeal and district court
            docket entries on behalf of  APPELLANT
            Fred Zeidman,  Joseph LaSala,  filed.
            [Entry date May  4 2009  ]  [LR]

   4/29/09  Copy of district court order RECEIVED.
            [Entry date May  4 2009  ]  [LR]

   4/29/09  Index in lieu of Record on Appeals
            Electronically Filed  (Original documents
            remain in the originating court).
              [Entry date May  4 2009  ]  [LR]

   5/11/09  APPELLANT   Fred Zeidman,  Joseph LaSala,
            Form C filed, with proof of service.
            [Entry date May 12 2009  ]  [LR]

   5/11/09  APPELLANT   Fred Zeidman,  Joseph LaSala,
            Form D filed, with proof of service.
            [Entry date May 12 2009  ]  [LR]

   5/26/09  Pre-Argument Conference Notice and Order
            from Vidya Kurella, Scheduled For: Wednesday
            June 10, 2009 @ 11:30 AM, Filed.   [Entry
            date May 27 2009  ]  [LR]
```

| Date | Entry |
|---|---|
| 5/26/09 | Scheduling order #1 filed. Appellants brief due 7/1/2009. Appellees brief due 7/31/2009. Ready week 9/28/2009.   [Entry date May 27 2009 ]  [LR] |
| 5/27/09 | The new case manager assigned to this case is: Lain, Margaret.   [Entry date May 27 2009 ]  [ML] |
| 6/10/09 | Amended In-Person Pre-Argument Conference Notice and Order from Vidya Kurella, Re-Scheduled For: Thursday, June 25, 2009 @ 11:30am (EST), Filed.   [Entry date Jun 11 2009 ]  [ML] |
| 6/11/09 | Notice to counsel in re: Amended In-Person Pre-Argument Conference Notice and Order filed 06/10/2009.   [Entry date Jun 11 2009 ]  [ML] |
| 6/26/09 | Scheduling order #2 filed. Appellants brief due 7/31/2009. Appellees brief due 8/31/2009. Ready week 10/26/2009. (VK) [Entry date Jun 26 2009 ]  [CI] |
| 6/26/09 | Notice to counsel in re: Scheduling order #2, filed 6/26/09   [Entry date Jun 26 2009 ]  [CI] |

Docket as of September 22, 2009    2:16 am                          Page   5
☐                                                                   INDIV

                                                                    CLOSED

| Date | Entry |
|---|---|
| 7/13/09 | Appellant Joseph LaSala, Appellant Fred Zeidman motion on consent to extend briefing schedule filed with proof of service.  [Entry date Jul 14 2009 ]  [ML] |
| 7/20/09 | Order FILED GRANTING motion on consent to extend briefing schedule by Appellant Joseph LaSala, Appellant Fred Zeidman, endorsed on motion dated 7/13/2009 Appellants brief due is 8/20/2009. Appellees brief due is 10/9/2009. Ready week is 11/23/2009. (before: RKW, CJ; by: JP) [Entry date Jul 21 2009 ]  [ML] |
| 7/21/09 | Notice to counsel in re: Order filed 07/20/2009.   [Entry date Jul 21 2009 ]  [ML] |
| 8/20/09 | Appellant Joseph LaSala, Appellant Fred Zeidman motion for dismissal of appeal filed with proof of service.   [Entry date Aug 24 2009 ]  [ML] |
| 8/28/09 | Notice to counsel in re: Order filed |

```
              08/28/09.   [Entry date Aug 28 2009 ]   [AO]

  8/28/09  Order FILED GRANTING motion dismiss the
           appeal by Appellant   Joseph LaSala,
           Appellant  Fred Zeidman, endorsed on motion
           dated 8/20/2009.  "IT IS HEREBY ORDERED that
           the Appellant's motion to dismiss the appeal,
            on consent, is GRANTED.  Appeal is
           dismissed without costs and without
           attorneys' fees."  (JP)    [Entry date Aug 28
           2009 ]   [AO]

  9/18/09  Certified copy of order dated 8/28/2009
           disposing of the appeal issued to district
           court.  [Mandate]    [Entry date Sep 18 2009
           ]   [DB]

  9/18/09  Notice to counsel in re:  Mandate issued
           9/18/2009.    [Entry date Sep 18 2009 ]
           [DB]

Docket as of  September 22,   2:16 am          Page   6
              2009
```

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/24/2009 14:38:42 | | | |
| PACER Login: | ao0093 | Client Code: | 0008022-00060612 |
| Description: | dkt report | Case Number: | 09-1838 |
| Billable Pages: | 5 | Cost: | 0.40 |