UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON OFFICE

DATE OF PROCEEDING: 10/13/2009
CIVIL DOCKET N0.: 09-968(JAP)

JUDGE JOEL A. PISANO
COURT REPORTER :   Joanne Caruso
COURTROOM DEPUTY:   Dana Sledge

TITLE OF CASE:
Joseph P. Lasala, et al.,
vs.
Marfin Popular Bank Public Company, et al.,

APPEARANCES:
Hal M. Hirsch, Esq., for plaintiff
Todd Fishman & Reggie Schaffer, Esqs, for defendant
Robert J. Kipnees, Esq., for defendant

NATURE OF PROCEEDING:
Oral Argument held.

Defendant's motion to dismiss the complaint [#22] - Decision reserved.
Plaintiff's motion to compel jurisdictional discovery [#33] - Decision reserved.
Plaintiff's motion for leave to supplement motion [#50] - Decision reserved; the court will submit the appropriate order.

TIME COMMENCED 11:00 a.m. TIME ADJOURNED 12:00 p.m.

s/Dana Sledge, Courtroom Deputy