**GREENBERG TRAURIG LLP**
Hal M. Hirsch (HH 0417)
David Jay (DJ 7221)
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey 07932-0677
Phone: (973) 360-7900
Fax: (973) 301-8410

*Attorneys for Joseph P. LaSala and Fred S. Zeidman,*
*as Co-Trustees of the AremisSoft Liquidating Trust, Plaintiffs*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH P. LASALA and FRED S. ZEIDMAN, as CO-TRUSTEES of the AREMISSOFT CORPORATION LIQUIDATING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>MARFIN POPULAR BANK PUBLIC COMPANY, LTD.,<br><br>Defendants. | Civil Action No.<br>09-CV-00968 (JAP)<br><br>**NOTICE OF MOTION FOR A STAY OF FURTHER CONSIDERATION OF DEFENDANT'S MOTION TO DISMISS BASED ON POSSIBLE SPOLIATION OF DOCUMENTS AND FOR AN ORDER REQUIRING DEFENDANT TO PRODUCE DOCUMENTS HELD BY DEFENDANT'S COUNSEL PURSUANT TO THIS COURT'S ORDER OF AUGUST 7, 2009 TO ALLOW PLAINTIFFS TO INVESTIGATE POSSIBLE SPOLIATION AND TO SUPPLEMENT THEIR OPPOSITION TO DEFENDANT'S MOTION TO <u>DISMISS</u>** |

**PLEASE TAKE NOTICE** that on Tuesday, January 19, 2010, at 11:00 a.m., or as soon thereafter as counsel may be heard, Joseph P. LaSala and Fred S. Zeidman, as co-Trustees of the AremisSoft Corporation Liquidating Trust (the "Trust"), by and through the undersigned counsel, Greenberg Traurig, LLP, shall move before the Honorable Joel A. Pisano, United States District Court Judge, United States District Court for the District

of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 2020, Trenton, New Jersey, for a Stay of Further Consideration of Defendant's Motion to Dismiss the Complaint Based on Possible Spoliation of Documents and for an Order requiring Defendant to Produce Documents held by Defendant's Counsel Pursuant to this Court's Order of August 7, 2009 to allow Plaintiffs to Investigate Possible Spoliation and to Supplement their Opposition to Defendant's Motion to Dismiss the Complaint., and for such other and further relief as the Court deems to be just.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, the movants will rely upon the Declaration of Hal M. Hirsch and the respective exhibits attached thereto, and the accompanying Memorandum of Law in support of the motion, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs hereby request oral argument.

Dated:  December 15, 2009

                                                **GREENBERG TRAURIG, LLP**

                                        By:   */s/  Hal M. Hirsch*
                                            Hal M. Hirsch (HH 0417)
                                            David Jay (DJ 7221)
                                            200 Park Avenue
                                            P.O. Box 677
                                            Florham Park, New Jersey 07932-0677
                                            Phone: (973) 360-7900
                                            Fax: (973) 301-8410

                                            *Attorneys for Joseph P. LaSala and Fred S. Zeidman, as Co-Trustees of the AremisSoft Liquidating Trust, Plaintiffs*