# EXHIBIT A



Hal M. Hirsch
Tel. (212) 801-6868
Fax (212) 805-5568
hirschh@gtlaw.com

August 25, 2009

**VIA PDF**

Todd S. Fishman, Esq.
Allen & Overy LLP
1221 Avenue of the America
New York, New York 10022

    Re:   *LaSala, et al v. Marfin Popular Bank Public Company, Ltd.*
             Civil Action No. 09-cv-00968 (JAP)(DEA)

Dear Todd:

    I am writing with respect to the August 7, 2009 Memorandum Opinion and Order of Magistrate Judge Arpert in this action. As you are aware, no later than August 25, 2009, your client is to transfer to you "all documents, records and data relevant to AremisSoft Corporation and its affiliates, Aremis Holdings, Ltd., Lycourgos Kyprianou, Roys Poyiadjis and their affiliated entities." Please confirm upon the close of business today that your client has complied with the Court's Order.

                                    Sincerely,

                                      Hal M. Hirsch

cc:    Robert J. Kipness, Esq. *(via PDF)*