# EXHIBIT B

ALLEN & OVERY

August 25, 2009

BY ELECTRONIC MAIL

Hal M. Hirsch, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

Tel           212 610 6300
Fax           212 610 6399
Direct line   212 756 1130
todd.fishman@newyork.allenovery.com

Re:   *LaSala v. Marfin Popular Bank Public Company, Ltd.*
      Civil Action No. 09-cv-00968 (JAP)(DEA)

Dear Hal:

We write in response to your letter of today concerning Magistrate Judge Arpert's August 7, 2009 Memorandum Opinion and Order. Marfin Popular Bank is well aware of the Court's directives and has acted accordingly.

Very truly yours,

Todd S. Fishman

cc:   Robert J. Kipnees, Esq.
      Daniel J. Buzzetta, Esq.

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Bratislava, Brussels, Bucharest (associated office), Budapest, Dubai, Düsseldorf, Frankfurt, Hamburg, Hong Kong, London, Luxembourg, Madrid, Mannheim, Milan, Moscow, New York, Paris, Prague, Riyadh (associated office), Rome, São Paulo, Shanghai, Singapore, Tokyo and Warsaw.