# EXHIBIT C




ΚΥΠΡΙΑΚΗ ΔΗΜΟΚΡΑΤΙΑ
ΥΠΟΥΡΓΕΙΟ ΔΙΚΑΙΟΣΥΝΗΣ
ΚΑΙ ΔΗΜΟΣΙΑΣ ΤΑΞΕΩΣ

ΑΣΤΥΝΟΜΙΑ ΚΥΠΡΟΥ
ΑΡΧΗΓΕΙΟ ΑΣΤΥΝΟΜΙΑΣ
ΤΜΗΜΑ Γ΄
1478 ΛΕΥΚΩΣΙΑ

Αρ. Φακ. ΤΑΕ/358/09
Αρ. Τηλ. 22808089
Αρ. Φαξ. 22808607
Email:deptc.registry@police.gov.cy

13 Απριλίου, 2009

Κυρίους
MARFIN LAIKI BANK
Τ. Θ. 22032
1598 ΛΕΥΚΩΣΙΑ



Κύριοι,

### Έκθεση σχετικά με πυρκαγιά στις αποθήκες της Τράπεζας στα Λατσιά

Αναφέρομαι στην επιστολή σας, ημερ. 09/04/09, σχετικά με το πιο πάνω θέμα και σας αποστέλλω έκθεση του Υπ/μου Τ. Γεωργίου του Αστυνομικού Σταθμού Λατσιών με αρ. Φακ. Λ/ΛΤ/358, ημερ. 03/04/2009, το περιεχόμενο της οποίας μιλά από μόνο του.

Χρ. Μαυρής.
Ανώτερος Αστυνόμος
για Αρχηγό Αστυνομίας

ΝΧ/ΧΣ

Σημ: Το περιεχόμενο της παρούσας επιστολής και της συνημμένης έκθεσης, διέπεται από τις πρόνοιες του Περί Επεξεργασίας Δεδομένων Προσωπικού Χαρακτήρα (Προστασία του Ατόμου) Νόμου 138(1)/2001

Αρ. Φακ. Λ/ΛΤ/358
Αρ. Τηλ. 22607300
Αρ. Φαξ.22607316
e-mail: pstation.latsia@police.gov.cy

ΑΣΤΥΝΟΜΙΚΗ ΔΙΕΥΘΥΝΣΗ
ΛΕΥΚΩΣΙΑΣ
ΑΣΤΥΝΟΜΙΚΟΣ ΣΤΑΘΜΟΣ
ΛΑΤΣΙΩΝ

03 Απριλίου 2009

### Έκθεση γεγονότων σχετικά με Πυρκαγιά στο υποστατικό MARFIN POPULAR BANK PUBLIC CO LTD (25ης Μαρτίου στα Λατσιά) που συνέβη στις 21/01/2009

Η παρούσα υπόθεση αφορά πυρκαγιά που ξέσπασε στις αποθήκες της Λαϊκής Τράπεζας στην οδό 25ης Μαρτίου στην Βιομηχανική Περιοχή Λατσιών την 21/1/2009 και περί ώρα 1500.

Οι συγκεκριμένες αποθήκες είναι ιδιοκτησία του Αντρέα Δράκου, τις οποίες ενοικιάζει στην Λαϊκή Τράπεζα η οποία τις χρησιμοποιεί ως αποθηκευτικό χώρο για γραφική ύλη.

Συγκεκριμένα στον χώρο υπάρχουν τέσσερις αποθήκες που αποτελούνται από οχτώ διαμερίσματα.

Την 21/1/09 και περί ώρα 0930 ο Αντρέας Δράκος έδωσε οδηγίες στους υπαλλήλους του, όπως αγοράσουν ένα πλαστικό ντεπόζιτο και στην συνέχεια να μεταβούν στον χώρο των αποθηκών, για να το αντικαταστήσουν με το υφιστάμενο μεταλλικό ντεπόζιτο.

Περί ώρα 1100 το καινούργιο ντεπόζιτο μεταφέρθηκε στον χώρο των αποθηκών. και περί ώρα 1315 αφού άδειασαν το περιεχόμενο του παλαιού ντεπόζιτου για να γίνει πιο εύκολη η μετακίνηση του, με την χρήση FORK-LIFT ανέβασαν στην ταράτσα ένα ξύλινο μπαλέτο με σκοπό να το τοποθετήσουν πάνω και στην συνέχεια τοποθετήθηκε το πλαστικό ντεπόζιτο στην σιδερένια βάση όπου βρισκόταν προηγουμένως το μεταλλικό. Ακολούθως ο Αντρέας Δράκος εγκατέλειψε το μέρος μέχρι που οι υπάλληλοι του ενώσουν την παροχή του νερού.

Στην συνέχεια έγινε προσπάθεια από τους δύο υπαλλήλους για να τοποθετήσουν το μεταλλικό ντεπόζιτο πάνω στο ξύλινο μπαλέτο το οποίο ήταν τοποθετημένο πάνω στις πρότσες του ήδη ανυψωμένου FORK – LIFT όπου κατά την μετακίνηση του μεταλλικού ντεπόζιτου, αυτό αναποδογυρίστηκε με αποτέλεσμα να χυθεί ποσότητα νερού πάνω σε σύρματα που υπήρχαν στο δάπεδο.

Μετά παρέλευση πέντε δευτερολέπτων ακούστηκε ένας θόρυβος προερχόμενος από το βάθος της αποθήκης και ταυτόχρονα παρατηρήθηκε άσπρος άοσμος καπνός.

Αμέσως ενεργοποιήθηκε το σύστημα αυτόματης πυρόσβεσης και τότε οι φύλακες της GROUP 4 ενημέρωσαν τηλεφωνικά τον προϊστάμενο φυσικής ασφάλειας της Λαϊκής Τράπεζας, ο οποίος επικοινώνησε αμέσως, με τον υπεύθυνο των αποθηκών, στον οποίο έδωσε οδηγίες όπως εκκενωθεί ο χώρος και να κλείσουν αμέσως όλες οι πόρτες.

Σχετικά με το περιστατικό ειδοποιήθηκε και η Πυροσβεστική Υπηρεσία, η οποία αφίχθηκε στο μέρος με ένα αντλιοφόρο και ένα βυτιοφόρο όχημα η ώρα 1532.

Με την άφιξη των πυροσβεστών στο μέρος, συνάντησαν τον Ανδρέα Μούρο ο οποίος και τους υπέδειξε την μεγάλη συρόμενη πόρτα στα νότια του κτιρίου που εκείνη την ώρα ήταν κλειστή.

Τότε οι Πυροσβέστες εισήλθαν στο κτίριο αφού φόρεσαν αναπνευστικές συσκευές και μετέφεραν μαζί τους πυροσβεστήρα και την κάμερα θερμικής ακτινοβολίας.

Με την είσοδο των πιο πάνω πυροσβεστών από την συρόμενη πόρτα, είδαν καπνούς και μέσα από την κάμερα αντιλήφθηκαν υπερβολική ένδειξη θερμοκρασίας στο ύψος της στέγης και σε μεγάλη έκταση ενώ μέσα από τον καπνό ψηλά πρόβαλλαν γλώσσες φωτιάς. Μέσα σε ελάχιστο χρονικό διάστημα η φωτιά κάλυψε το μισό κτίριο οπότε και κλήθηκε επιπρόσθετη βοήθεια.

Από την πυρκαγιά καταστράφηκε ολοσχερώς το περιεχόμενο και η στέγη της αποθήκης.

Την σκηνή της πυρκαγιάς επισκέφθηκε προσωπικό του Σταθμού με επικεφαλής τον Υπεύθυνο του Σταθμού, όπου και ανέλαβαν την περαιτέρω διερεύνηση της υπόθεσης.

Την 22/1/2009 έγινε προσπάθεια για να γίνει εξέταση της σκηνής από μέλη του Σταθμού Λατσιών, της Πυροσβεστικής Υπηρεσίας και της Ηλεκτρομηχανολογικής Υπηρεσίας αλλά αυτό δεν έγινε κατορθωτό λόγω του ότι υπήρχαν ακόμη εστίες φωτιάς.

Την 23/1/2009 έγιναν επιτόπιες εξετάσεις στη σκηνή από την Πυροσβεστική Υπηρεσία και την Ηλεκτρομηχανολογική Υπηρεσία από τις οποίες αποκλείστηκε η εγκληματική ενέργεια και διεφάνει ότι η πυρκαγιά προκλήθηκε λόγω ενεργοποίησης του συστήματος πυρόσβεσης. Φωτογράφος του ΤΑΕ Λευκωσίας έλαβε αριθμό φωτογραφιών της σκηνής της πυρκαγιάς.

Την ίδια ημέρα λήφθηκε γραπτή κατάθεση από τον Τεχνικό Διευθυντή της εταιρείας FIREPRO, η οποία εγκατέστησε το σύστημα πυρασφάλειας στις συγκεκριμένες αποθήκες. Στην κατάθεση του εξήγησε τις προδιαγραφές του συστήματος. Μεταξύ άλλων ανάφερε ότι οι θερμοκρασίες που δημιουργούνται από ενεργοποίηση του συστήματος, είναι μέχρι 200 βαθμούς Κελσίου. Επίσης ανάφερε ότι με την ενεργοποίηση του συστήματος πρέπει απαραίτητα, πόρτες και παράθυρα να παραμείνουν κλειστά για να μην διαφεύγει το υλικό FIREPRO.

Από την υπάρχουσα μαρτυρία αποκλείστηκε οποιαδήποτε εγκληματική ενέργεια αφού όπως διεφάνει από τις εξετάσεις που έγιναν η πυρκαγιά προκλήθηκε από ενεργοποίηση του συστήματος πυρόσβεσης που ήταν εγκατεστημένο πάνω στο ηλεκτρικό πάνελ της αποθήκης αρ. 2.

Να σημειωθεί ότι αφού ενεργοποιήθηκε το σύστημα πυρόσβεσης ο ιδιοκτήτης των αποθηκών άφησε ανοιχτή την συρόμενη πόρτα της αποθήκης και έτσι χάθηκε σε μεγάλο βαθμό το υλικό FIREPRO το οποίο θα βοηθούσε στην κατάσβεση της φωτιάς αφού σύμφωνα με τον ειδικό και Τεχνικό Διευθυντή της εταιρείας που εγκατέστησε το σύστημα πυρασφάλειας, έπρεπε όλες οι πόρτες και παράθυρα να παραμένουν κλειστά σε τέτοια περίπτωση.

Επίσης ένας σημαντικός παράγοντας που συνέτεινε στην εξάπλωση της πυρκαγιάς είναι και το γεγονός ότι εντός της αποθήκης υπήρχε μόνο ύλη από χαρτί η οποία ήταν τοποθετημένη σε σιδερένια στάντ τα οποία ξεπερνούσαν τα 5 μέτρα.

Οι αποθήκες είναι ασφαλισμένες έναντι πυρός στην Λαϊκή Ασφαλιστική για το ποσό των €598,011 όσον αφορά τις κτιριακές εγκαταστάσεις και €32.472,029 για την περιουσία της Τράπεζας.

Για την εν λόγω πυρκαγιά έχει σχηματιστεί σχετικός φάκελος με στοιχεία Π.Η 283/1 ο οποίος έχει συμπληρωθεί και αναμένεται η έκθεση για την συνολική αξία της ζημιάς που προκλήθηκε.

Υπαστυνόμος Τρύφωνας Γεωργίου
Για Υπεύθυνο
Αστυνομικού Σταθμού Λατσιών

Σημ: Το περιεχόμενο της παρούσας επιστολής διέπεται από τις πρόνοιες του Περί Επεξεργασίας Δεδομένων Προσωπικού Χαρακτήρα (Προστασία του Ατόμου) Νόμου 138(1)2001

Note: The contents of this are subject to the provisions of the Processing of Personal Data (Protection of Individuals )Law 138(1) 2001.