# EXHIBIT D

[EMBLEM]                                    [EMBLEM]
                                            *Humane and Proud*

**REPUBLIC OF CYPRUS**                      **CYPRUS POLICE**
**MINISTRY OF JUSTICE**                     **POLICE HEADQUARTERS**
AND PUBLIC ORDER                            **DEPARTMENT C**
                                            1478 NICOSIA

File number: TAE/358/09
Tel. number: 22808089                       April 13, 2009
Fax number: 22808607
Email: deptc.registry@police.gov.cy

Messrs                                      [stamp:] RECEIVED
MARFIN LAIKI BANK                           04/15/2009
P.O. BOX 22032                              MARFIN POPULAR BANK
1598 NICOSIA                                PUBLIC CO LTD
                                            Security & Support Services
                                            [signature]

Sirs,

### Report in regard to fire incident at the warehouses of the Bank at Latsia

     I hereby refer to your letter dated 04/09/09 in regard to the abovementioned matter and I am sending you a report of Lieutenant T. Georgiou of the police station of Latsia with file number L/LT/358, dated 04/03/2009, the content of which speaks for itself.

                                         [signature]
                                         Hr. Mavris
                                      Police Commissioner
                              by order of the Chief of Police

NX/XS

**Note:** The contents of this are subject to the provisions of the Processing of Personal Data (Protection of Individuals) Law 138(1) 2001.

---

Antistratigou Evagelou Floraki St., 1478 Nicosia,
Tel.: 22808080, Fax: 22808598, Webpage: http://www.police.gov.cy

tae358-

| | |
|---|---|
| File number: L/LT/358<br>Tel. number: 22607300<br>Fax number: 22607316<br>e-mail: pstation.latsia@police.gov.cy | **POLICE ADMINISTRATION<br>OF NICOSIA<br>POLICE PRECINCT<br>OF LATSIA** |

April 03, 2009

### Report of facts in regard to fire at the building of the company MARFIN POPULAR BANK PUBLIC CO. LTD. (25th Martiou Street in Latsia), which occurred on 01/21/2009.

The present case concerns a fire that occurred at the warehouses of the Popular Bank at 25th Martiou Street in the Industrial Area of Latsia on 01/21/2009 at approximately 03:00 p.m.

Andreas Drakos owns the warehouses in question, which he leases to the Popular Bank, which, in turn, utilizes them as warehouse space for printed materials.

Specifically, there are four warehouses in the area, which are comprised of eight compartments.

On 01/21/09 at approximately 09:30 a.m., Andreas Drakos instructed his employees to purchase a plastic container and then proceed to the area of the warehouses in order to replace the then current metal container.

At approximately 11:00 a.m., the new container was transferred to the area of the warehouses and at approximately 01:15 p.m., upon emptying the contents of the older container, in order to facilitate its transportation with the usage of a FORK-LIFT, they raised a wooden pallet to the roof in order to place it there and then placed the plastic container onto the iron base on which the metal container had been. Then Andreas Drakos left the area and his employees were about to connect the water supply.

Thereafter, the two employees tried to place the metal container onto the wooden pallet, which was already placed on the arms of the raised FORK-LIFT, and during the transportation of the metal container it capsized, resulting in spillage of water onto wires that were on the ground.

After five seconds, a noise was heard from the warehouse and white odorless smoke was observed.

The automatic fire suppression system was immediately activated and then the GROUP 4 guards notified the head of security of the Popular Bank by phone, who in turn immediately communicated with the warehouse supervisor, who then gave instructions to evacuate the area and to immediately close all the doors.

The fire department was also notified of the incident and arrived with a fire truck and water tanker at 03:32 p.m.

When the firefighters arrived at the location, they met with Andreas Mouros, who showed them the large sliding door on the south side of the building, which was closed at the time.

The firefighters then entered the building, after putting on their protective breathing apparatus, and carried with them a fire extinguisher and a thermal camera.

After the above-mentioned firefighters entered through the sliding door, they observed smoke and located very high temperature on a large area of the roof, through the camera, while tall flames protruded from the smoke. Within a short time period, the fire had covered half the building and reinforcements were called.

The fire completely destroyed the contents and roof of the warehouse.

Personnel from the Station, along with the supervisor, visited the scene of the fire and assumed further investigation of the case.

On 01/22/2009, an effort was made by members of the Station of Latsia, the fire department, and the electrical engineering department to investigate the location of the fire, but this was not feasible due to areas that were still burning.

On site, investigations took place on 01/23/2009 by the fire department and the electrical engineering service, which ruled out criminal actions and it was concluded that the fire was caused due to the activation of the fire suppression system. A photographer for the TAE of Nicosia took photos of the scene of the fire.

A written report was received on the same date by the technical director of the company FIREPRO, which had installed the fire suppression system in those specific warehouses. In his testimony, he explained the system specifications. Among other things, he mentioned that the temperatures created by the activation of the system reach up to 200 degrees Celsius. He also mentioned that upon activation of the system, it is necessary that doors and windows remain closed so that the FIREPRO material does not escape.

From the existing testimonies, any criminal action was ruled out, since it was concluded by the investigations that the fire was caused by the activation of the fire suppression system, which was installed on the electrical panel of warehouse number two.

It is noted that upon activation of the fire suppression system, the owner of the warehouses left the warehouse sliding door open, thus a large amount of the FIREPRO material was lost, which would have helped in suppressing the fire since, according to the specialist and technical director of the company that installed the fire suppression system, all doors and windows had to remain closed in such a case.

Another important factor that contributed to the spreading of the fire was the fact that the only material inside the warehouse was paper placed on iron stands, which exceeded five meters in height.

The warehouses are insured against fire with the Popular Insurance Company (Laiki Asfalistiki) for the amount of €598,011 for the buildings and €32,472,029 for the assets of the Bank.

A relevant file has been opened for the said fire with the number P.H 283/1, which has been completed and the report for the total loss is pending.

[signature]

Lieutenant Tryfonas Georgiou
For the Officer in Command of the
Police Precinct of Latsia

---

[bilingual in Greek and English:]
**Note:** The contents of this are subject to the provisions of the Processing of Personal Data (Protection of Individuals) Law 138(1) 2001.


**TRANSPERFECT**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBAI
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
ORLANDO
PARIS
PHILADELPHIA
PHOENIX
PORTLAND
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Alice Kim, hereby certify that the following document is, to the best of my knowledge and belief, a true and accurate translation from Greek into English.

*Report in regard to fire incident at the warehouses of the Bank at Latsia*

Alice Kim

Sworn to before me this

5th day of June 2009

Signature, Notary Public

Stephanie Dill
Notary Public, State of New York
No. 01DI6180934
Qualified in NEW YORK County
Commission Expires Jan 22, 2012

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM