UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JOSEPH P. LASALA and
FRED S. ZEIDMAN, as CO-TRUSTEES
of the AREMISSOFT CORPORATION
LIQUDATING TRUST,

    Plaintiffs,    Civil Action No. 09-968 (JAP)

  v.

              **ORDER**

MARFIN POPULAR BANK PUBLIC
COMPANY, LTD.,

    Defendant.

PISANO, District Judge:

  Presently before the Court is defendant Marfin Popular Bank Public Company, Ltd.'s motion to dismiss plaintiffs Joseph P. LaSala and Fred S. Zeidman, as co-trustees of the AremisSoft Corporation Liquating Trust's complaint for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), under the doctrine of *forum non conveniens*, for failure to state a claim for which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6), as barred by the applicable statute of limitations, and under the doctrine of *in pari delicto*. For the reasons stated in the accompanying Opinion,

  **IT IS** on this 1st day of March, 2010,

  **ORDERED** that the defendant's motion to dismiss is **GRANTED**, it is further

  **ORDERED** that all other pending motions are **DENIED** as moot.

              /s/ JOEL A. PISANO
              United States District Judge