**United States District Court for the
District of New Jersey**

| | |
|---|---|
| JOSEPH P. LASALA and FRED S. ZEIDMAN, as CO-TRUSTEES of the AREMISSOFT CORPORATION LIQUIDATING TRUST,<br><br>    Plaintiffs,<br><br> v.<br><br>MARFIN POPULAR BANK PUBLIC COMPANY, LTD.,<br><br>    Defendant. | Civil Action No. 09-CV-00968 (JAP)<br><br>**NOTICE OF APPEAL** |

  Notice is hereby given that Joseph P. LaSala and Fred S. Zeidman, as Co-Trustees of the AremisSoft Corporation Liquidating Trust, the plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from (1) an Order dismissing the action dated on the first day of March, 2010, and entered in this action on the second day of March, 2010 and (2) an Opinion dated on the first day of March, 2010, and entered in this action on the second day of March, 2010.

The other party to the Order and Opinion appealed from and the names and addresses of its attorneys are as follows:

Todd S. Fishman
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300
todd.fishman@newyork.allenovery.com

Robert J. Kipnees
Lowenstein Sandler, P.C.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
rkipnees@lowenstein.com

*Attorneys for Defendant Marfin Popular Bank Public Co Ltd*

Dated:    March 10, 2010				GREENBERG TRAURIG, LLP

						By: *s/ Hal M. Hirsch*
						    Hal M. Hirsch
						    David Jay
						    200 Park Avenue
						    P.O. Box 677
						    Florham Park, New Jersey
						    07932-0677
						    (973) 360-7900
						    hirschh@gtlaw.com
						    jayd@gtlaw.com

						    Gary Greenberg
						    One International Place
						    Boston, MA 02110
						    (617) 310-6013
						    greenbergg@gtlaw.com

						    *Attorneys for Joseph P. LaSala and Fred Z. Zeidman, as Co-Trustees of the AremisSoft Corporation Liquidating Trust*